UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZACHARY CARL ROTH, SR. et al,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

    Defendant.

Case No. 1:19-cv-02179

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
<u>REGARDING LIABILITY</u>**

Pursuant to FRCP 55(b)(2) and 28 U.S.C. § 1608(e), Plaintiffs hereby move for default findings regarding Defendant's liability.  In support, Plaintiffs state:

1.    On March 20, 2020, Plaintiffs filed their Third Amended Complaint seeking damages for their injuries, including solatium damages for family members.  [Doc. #27.]

2.    On October 5, 2020, Plaintiffs effected service of process on Defendant.  [Doc. #37.]

3.    Despite being properly served, Defendant has elected not to respond or otherwise participate in this Case.

4.    On December 9, 2020, the Clerk entered an Entry of Default in this case.  [Doc. #39.]

5.    Evidence regarding Plaintiffs' right to relief against Defendant is attached hereto. *See* Plaintiffs' declarations (Exhibits 1-35) filed under seal; Michael Pregent report and declaration (Exhibit 36).  Plaintiffs incorporate their Memorandum In Support of Default Judgment filed herewith.

6. Pursuant to Federal Rule of Evidence 201, Plaintiffs request that this Court take judicial notice of the facts involving Defendant's activities in Iraq and the Middle East. *See, e.g., Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48 (D.D.C. 2018); *Frost v. Islamic Republic of Iran*, 383 F. Supp. 3d 33 (D.D.C. 2019); *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019); *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117 (D.D.C. 2019); *Karcher*, CV 16-232 (CKK), 2021 WL 133507 (D.D.C. Jan. 14, 2021); *Lee v. Islamic Republic of Iran*, 19-CV-00830 (APM), 2021 WL 325958 (D.D.C. Feb. 1, 2021).

7. Upon entry of default judgment regarding liability, Plaintiffs will submit evidence of their damages and request entry of a default judgment on all issues.

WHEREFORE, Plaintiffs request that this Court find satisfactory evidence of Defendant's liability, enter default findings regarding Defendant's liability, proceed as soon as practicable to determine Plaintiffs' damages, enter a judgment for Plaintiffs and against Defendant, and grant Plaintiffs such other relief as this Court deems just and proper.

DATED: April 12, 2021                               Respectfully submitted,

                By: /s/ Bradley M. Lakin
                Bradley M. Lakin DC Bar No. AZ0019
                bradl@slchapman.com
                SL CHAPMAN LLC
                10805 Sunset Office Drive, Suite 300
                St. Louis, MO 63127
                314.588.9300
                314.588.9302 fax