## QUALIFICATIONS AND INTRODUCTION

My full name is Michael Pregent.  I am a former intelligence officer with over 30 years of experience working in the fields of security, terrorism, counter-insurgency, and policy issues in the Middle East, North Africa, and Southwest Asia.

## EXPERTISE ON AFGHANISTAN

I served as an intelligence officer at CENTCOM in 2001 where I specifically looked at the Taliban and al-Qaeda and brief senior leadership. In 2002, I served as a Company Commander in Afghanistan at the height of the U.S. focus on al-Qaeda, the Taliban, and the Haqqani group.  From 2011 to 2013 I worked on assessing Pakistan and Iran's lethal aid to the Taliban, specifically looking at the IRGC-QF and MOIS support to al-Qaeda and the Taliban.

## FOCUS ON IRAQ INSURGENCY

Between 2006 and 2011, I worked as a Subject Matter Expert on Malign Iranian Influence in Iraq and reported on the sectarian activity I observed as a policy advisor in PM Maliki's extra-constitutional Office of the Commander-in-Chief - an office set up to ensure Iranian-backed Shia militia party control of Iraq's security and political process – and as a Defense Intelligence Agency (DIA) contracted Subject Matter Expert (SME) on The Sunni Insurgency and IRGC-backed militias in Iraq.  I served two tours as a member of the Force Strategic Engagement Cell or (FSEC), an organization set up to deal with the Sunni insurgency and curb Iran's growing influence within the Government of Iraq.  I am an expert on IRGC-QF militias in Iraq and the Sunni Insurgency in Iraq.  I served 5 tours in Iraq from 2005 to 2010.

As an SME, I prepared analysts, U.S. State Department Officers, and coalition general officers for detainee questioning of Qays Khazali of the Shia Militia Group, Asaib Ahl al-Haqq ("AAH"), and DaqDuq of Hezbollah.  I put together the arguments against their release---a "no



PLAINTIFF'S
EXHIBIT
36

vote"---with the warning that each had "American blood on his hands and will return to violence." I worked on identifying Iran's support for and direction of IRGC and Q- backed Shia Militias and Sunni groups in Iraq to target Americans.

I was an SME for the Multi-National Forces-Iraq ("MNF-I") and United States Forces-Iraq ("USF-I") on the IRGC-QF, Kataib Hezbollah ("KH", AAH, Badr Organization, and Jaysh al-Mahdi ("JAM") "Special Groups."  I have firsthand intelligence knowledge of AAH Leader, Qays Khazali, Lebanese Hezbollah operative, DaqDuq, JAM Special Group, Sheibani's Network, JAM Special Group leader, Abu Dura, IRGC-QF Commander, Qassem Soleimani, Badr Organization Commander, Hadi al-Ameri, and the KH Leader, Abu Mehdi al-Muhandis.

While at CENTCOM, I served on a team looking at the captured documents from the Osama Bin Laden raid in Abbottabad Pakistan.  My focus was to find Iran – al-Qaeda connections.  The documents revealed an on-going and long-standing relationship with al-Qaeda.

I was brought on as an expert at the National Defense University in 2014 at the request of then-Army Chief of Staff, General Ray Odierno, to contribute to the Department of the Army's History of the Iraq War.  I provided inputs on Malign Iranian influence in Iraq to include IRGC-QF training, arming, funding and directing both Sunni groups and Iraqi Shia Militias to target Americans.  I had access to declassified Secretary of Defense exchanges with Generals Petraeus and Odierno.

I am currently a Senior Fellow at Hudson Institute.  I am a Senior Middle East analyst, a former adjunct lecturer for the College of International Security Affairs ("CISA"), and currently a visiting fellow at the Institute for National Strategic Studies ("INSS") at the National Defense University.

I receive a fee in the amount of $300 per hour for the professional time spent on this investigation, Report, and testimony. I do not have any connections or relationships, whether professional or personal, with any of the parties or the witnesses in this hearing/trial, which are likely to prevent me from giving impartial evidence.

## EXPERTISE ON IRAN IN IRAQ, SYRIA, AND AFGHANISTAN

General Qassem Soleimani's own words to General David Petraeus in 2008, "Dear General Petraeus," the text read, "you should know that I, Qassem Soleimani, control the policy for Iran with respect to Iraq, Lebanon, Gaza and Afghanistan. And indeed, the ambassador in Baghdad is a Quds Force member. The individual who's going to replace him is a Quds Force member." [1]

The methodology which was used in the writing of this Report is drawn from experience in Iraq working specifically on Iran's IRGC-QF and their proxy Militias in Iraq, as well as from my years as an intelligence officer for the U.S. Military and as a contracted SME with the DIA, where I focused on subjects which were related to terrorism in general, al-Qaeda and the Taliban in Afghanistan, the Sunni insurgency in Iraq, and IRGC-QF and Lebanese Hezbollah support to Shia Militias in Iraq and Sunni groups in particular.  As part of my research on IRGC-QF proxies in Iraq, I visited and still visit Iraq and the region quarterly to gauge Iran's increasing influence in Iraq and the broader Middle East and North Africa.

I have prepared Military and State Department senior officials for their interviews with detained IRGC-QF proxy Militia members responsible for the deaths of Americans.  I have accompanied them during these interviews to keep the line of questioning on track and to write

---

[1] Blake, Aaron, "When the United States and Qasem Soleimani worked together", The Washington Post, January 3, 2020. https://www.washingtonpost.com/politics/2020/01/03/when-united-states-qasem-soleimani-worked-together/

the reports from the interviews with well-known militia leaders and operatives like Qays and Laith Khazali, and Lebanese Hezbollah operative, Musa DaqDuq.

I was in Iraq during the majority of IRGC-QF- and Lebanese Hezbollah- directed attacks on American forces during the time frame relevant to the Soldiers involved in this case, that is, from 2005 through 2010 and I continued to work Iraq until 2011 at the Defense Intelligence Agency.  I was privy to the intelligence and had access to detainees involved in these attacks.  I was there when the U.S. Armed Forces voted no to releasing IRGC-linked Militia personnel responsible for the deaths and maiming of Americans from U.S. detention centers.  I was in the meetings when the USF-I Commander decided to release the Khazali brothers in a reconciliation effort that failed.

I was privy to the evidence of their involvement in the deaths of Americans from kidnapping and executions, the use of Explosively-Formed Penetrators ("EFPs"), indirect-fire ("IDF") mortars and rockets, direct-fire ambushes ("DF"), complex ambushes, improvised-rocket -assisted-munitions ("IRAMs"), and improvised explosive devices ("IEDs").

The breadth of Iran's reach into the Iraqi intelligence and security apparatus facilitated Militia integration and operational capability within the ministries and the security forces.  This reach allowed Militias to pattern U.S. Coalition movements and plan effective attacks against U.S. forces.

The level of IRGC-QF-backed Militia infiltration in Iraq's ministries allowed these groups to use U.S.-purchased SUVs, ministry uniforms, and official documents authorizing travel and the detention of Iraqis throughout areas strategic to Iran.  It was no surprise that JAM Special Groups, AAH, and KH were able to use U.S. transferred SUVs to Iraq's Ministry of the Interior and Ministry of Health to move through checkpoints and pose as official security forces

as they surveilled and attacked Americans in Iraq.

IRGC-QF-backed and Lebanese Hezbollah-trained Militias could move freely through U.S. Areas of Responsibility ("AOR") where the majority of these attacks in question occurred. The Shia Militias had their AOR and those areas overlayed the attacks against Americans they were responsible for.

The Badr Organization dominated Iraq's ministries and the intelligence and security apparatus. Badr's officer corps dominated the officer ranks of the Iraqi Security Forces while Jaysh al-Mahdi ("JAM") personnel filled the enlisted ranks. Both groups had likeminded strategies in Baghdad: protect and expand Shia zones of influence while reshaping the demographics of Baghdad, Diyala, and Salah-ad-Din.

## THE IRGC-HEZBOLLAH CONNECTION TO AL-QAEDA

Before the 9-11 attacks, al-Qaeda developed a relationship with Iran's premiere proxy in the Middle East – Lebanese Hezbollah. Hezbollah organized and supported numerous IRGC-directed terrorist attacks for the benefit of Islamic Republic of Iran. Senior al-Qaeda leadership met with the mastermind Hezbollah terrorist responsible for the Marine Barracks bombing in Lebanon. Al-Qaeda leadership wanted to learn Lebanese Hezbollah tactics and techniques and Hezbollah trained al-Qaeda operatives on IEDs, suicide bombings, and complex attacks and ambushes – the same tactics al-Qaeda would use in Iraq against U.S. forces.

In 1991, Ayman al Zawahiri, one of the top leaders of al Qaeda, made a secret visit to Iran to ask for help in al Qaeda's campaign to overthrow the government of Egypt.[2] While in Iran, al Zawahiri met with Imad Mughniyah ("Mughniyah").[3] At the time of the meetings,

---

[2] *Havlish v. Bin Laden* at 109-10.
[3] *Id.*

5

Mughniyah was the terrorist operations chief of Hezbollah. Mughniyah was acting as an agent of the Iranian state, where he lived for many years as he coordinated high profile terrorist attacks around the globe.

During these meetings, Mughniyah convinced al Zawahiri and al Qaeda of the power of suicide bombing.[4] This was a change in mindset for al Qaeda because suicide was prohibited by most Islamic clerics, but Mughniyah justified it as an appropriate act of a jihad warrior.

In 1993, at a meeting in Khartoum, Sudan, Osama bin Laden and Ayman al Zawahiri met with Mughniyah and other Iranian officials, including IRGC General Mohammed Baqr Zolqadr, to work on details of a terrorism alliance.[5]

Following the meeting, bin Laden sent more terrorist operatives to Hezbollah training camps operated by Mughniyah and the IRGC both in Lebanon and Iran. At these camps, Hezbollah instructors provided al Qaeda operatives, as well as members of various other Islamic terrorist organizations, with training in intelligence and security and in the building of explosive devices.[6]

This terrorist training camp arrangement continued throughout the 1990s with Mughniyah coordinating the activities and with Iranian government officials and the IRGC-QF. At all times, Iran's Supreme Leader was aware of the Iran – Hezbollah terrorist training program and approved of the same.[7]

According to the 9/11 Commission Report, "senior al Qaeda operatives and trainers traveled to Iran to receive training in explosives," while others "received advice and training from Hezbollah" in Lebanon.

---

[4] *Id.* at 112
[5] *Id.*
[6] *Id.*
[7] *Id.*

Documents captured from the 2010 Abbottabad raid included a 19 page record citing negotiations between the IRGC and al-Qaeda to fund and arm the Sunni terror group to target Americans in Iraq and Afghanistan.[8]

In 1995, Soleimani approved and his Qods Force facilitated training for al-Qaeda operatives at Lebanese training camps. The training focused on building stronger IEDs and shape charges that would be used in Afghanistan and Iraq.[9]

Abu Musab al-Zarqawi was in Iran in 2002 with senior al-Qaeda leaders to meet with the IRGC- QF handlers.  In March 2003, Soleimani's Quds Force freed many of the Sunni jihadists that Iran had been holding captive, unleashing them against the U.S.[10]  And In 2003, the IRGC-QF provided Zarqawi and his fighters funds and weapons and facilitated Zarqawi's entry into the bordering Iraqi Kurdistan and onto Baghdad to attack U.S. forces.[11]

Jordanian Abu Musab al-Zarqawi  and his Tawhid wal-Jihad (Monotheism and Holy War) begin to conduct mass casualty attacks against the Coalition and the population of Iraq. Zarqawi established his group to attract former Saddam regime fighters and foreign fighters moving into Iraq from Syria.  In November of 2003, Osama Bin Ladin begins sending 1.5 million dollars a month to the Iraqi Insurgency and identifies Zarqawi as al-Qaeda's man on the ground.

---

[8] Levy, Adrian and Scott-Clark, Cathy, "Al-Qaeda Has Rebuilt Itself – With Iran's Help" *The Atlantic*, November 11, 2017. https://www.theatlantic.com/international/archive/2017/11/al-qaeda-iran-cia/545576/
[9] Id.
[10] Sadjadpour, Karim. "The Sinister Genius of Qassem Soleimani" The Wall Street Journal, January 10, 2020. https://www.wsj.com/articles/the-sinister-genius-of-qassem-soleimani-11578681560
[11] Levy, Adrian and Scott-Clark, Cathy, "Al-Qaeda Has Rebuilt Itself – With Iran's Help" *The Atlantic*, November 11, 2017. https://www.theatlantic.com/international/archive/2017/11/al-qaeda-iran-cia/545576/

## U.S. DESIGNATIONS REVEAL IRAN - AL-QAEDA RELATIONSHIP

On 28 July 2011, a U.S. Treasury designation revealed the extensive relationship between al-Qaeda and Iran, citing the importance of Iranian finance and recruitment facilitation.  The designation cites Iran as a transit point for moving money, arms, and fighters to Pakistan and Afghanistan.  Iran borders Afghanistan, Pakistan, and Iraq. [12]

On 16 February 2012, U.S. Treasury Designates Iranian Ministry of Intelligence and Security for support to Al-Qaeda.  "MOIS has facilitated the movement of al Qaeda operatives in Iran and provided them with documents, identification cards, and passports. MOIS also provided money and weapons to al Qa'ida in Iraq (AQI)... and negotiated prisoner releases of AQI operatives." [13]

On 18 October 2012, Treasury Further Exposes Iran-Based Al-Qaeda Network. "Today's action, which builds on our action from July 2011, further exposes al-Qaeda's critically important Iran-based funding and facilitation network," said Under Secretary for Terrorism and Financial Intelligence David S. Cohen.  "We will continue targeting this crucial source of al-Qaeda's funding and support, as well as highlight Iran's ongoing complicity in this network's operation." In addition to providing funding for al-Qaeda activities in Afghanistan and Pakistan, this network is working to move fighters and money through Turkey to support al-Qaeda-affiliated elements in Syria.  Al-Fadhli also is leveraging his extensive network of Kuwaiti jihadist donors to send money to Syria via Turkey.

---

[12] U.S. Treasury Department, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point", July 28, 2011. https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx
[13] U.S. Treasury Department, "Treasury designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and support for Terrorism", February 16, 2012. https://www.treasury.gov/press-center/press-releases/Pages/tg1424.aspx

## SYRIAN INTELLIGENCE MOVED AL-QAEDA FIGHTERS INTO IRAQ

The Assad regime depends on Lebanese Hezbollah and the Islamic Republic to keep him in power.  Iran needs Iraq and Syria to be part of its "Shia Crescent" along with Lebanon to be able to move fighters and weapons into the Levant to threaten Israel and American interests. In the region.  Assad is still in his position because of Lebanese Hezbollah and the Islamic Republic of Iran.

During the Iraq War, Syrian intelligence officers facilitated al-Qaeda operations in Iraq. A Syrian intelligence network is described this State Department cable, "A July 11, 2008 cable from the US embassy in Baghdad describes the network as the "principal conduit for foreign terrorists heading into Iraq to join AQI…This network continues to operate with the knowledge of the Syrian government and sends virtually all of its foreign terrorists into Iraq across the Syrian border." [14]

Bashar al-Assad was aware and approved the operations.  State Department's cable: "Bashar al-Asad was well aware that his brother-in-law 'Asif Shawqat, Director of Syrian Military Intelligence, had detailed knowledge of the activities of AQI facilitator Abu Ghadiya, who was using Syrian territory to bring foreign fighters and suicide bombers into Iraq." [15]

## THE AL-QAEDA AND IRAN CONNECTION

---

[14] Joscelyn, Thomas, "Slain Syrian official supported al-Qaeda in Iraq" *FDD's Long War Journal*, July 24, 2012, https://www.longwarjournal.org/archives/2012/07/slain_syrian_officia.php
[15] Id.

The Osama Bin Laden Sensitive Site Exploitation (SSE) of the Abbottabad raid revealed the connection between al-Qaeda and the Islamic Republic of Iran.   The IRGC and its IRGC Qods Force funded and armed al-Qaeda operatives to strike American targets.  The IRGC facilitated movement of al-Qaeda and Taliban fighters.  In the case of al-Qaeda, the IRGC facilitated the movement of operatives into Afghanistan, Pakistan, and Iraq. [16]

Abu Musab al-Zarqawi, al-Qaeda's man in Iraq and the godfather of ISIS, received training and funds from the IRGC-QF in Iran before moving into Afghanistan and then heading al-Qaeda's terrorist operations in Iraq.  The Qods Force provided Zarqawi with funding, weapons, and transportation into Iraq to target U.S. troops.[17]

## IRGC-QF AND MOIS SUPPORT TO THE TALIBAN IN AFGHANISTAN

The IRGC-QF is the Islamic Republic of Iran's primary instrument for providing lethal aid to the Taliban. The Qods Force provides weapons and financial support to the Taliban to support anti-U.S. and anti-Coalition activity in Afghanistan. Since at least 2006, Iran has arranged frequent shipments of small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, plastic explosives, and probably man-portable defense systems to the Taliban. This support contravenes Chapter VII UN Security Council obligations. UN Security Council resolution 1267 established sanctions against the Taliban and UN Security Council resolutions 1333 and 1735 imposed arms embargoes against the Taliban. Through Qods Force material support to the Taliban, Iran is seeking to inflict casualties on U.S. and NATO

---

[16] Levy, Adrian and Scott-Clark, Cathy, "Al-Qaeda has rebuilt itself with Iran's help" November 11, 2017, https://www.theatlantic.com/international/archive/2017/11/al-qaeda-iran-cia/545576/
** article sites captured documents from the Abbottabad raid on Osama Bin Laden and highlights the connections to the IRGC-Qods Force.
[17] Id.

forces.  Iran is injuring and killing U.S. personnel by proxy.[18]

The 2012 State Department Country Reports on Terrorism  stated that,  "Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives." In 2012, the IRGC-QF "shipped a large number of weapons to Kandahar, Afghanistan, aiming to increase its influence in this key province."[19]

The State Department added, "the Islamic Revolutionary Guard Corps' Quds Force (IRGC-QF) Ansar Corps (the IRGC command responsible for operations in Afghanistan) trained Taliban elements on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets."

The U.S. Treasury Department designated General Hossein Musavi, the commander of The Ansar Corps in 2010 for supporting operations in Afghanistan under Executive Order 13224. The designation cited providing financial and material support to the Taliban.

The Taliban have conducted training in Iran on small unit tactics to include ambushes, mortar and rocket attacks, IEF, EFPs, IEDs, sniper operations, and kidnapping operations.  The IRGC-QF Ansar Corps continues to ship large amounts of weapons to the Taliban.

## IRAQ ATTACK ATTRIBUTION METHODOLOGY AND ANALYSIS

In my examination and analysis of the terrorist attacks and the tactics used in the attacks that occurred in Iraq in this lawsuit, I have made use of all of my intelligence experience and knowledge which I discussed in the previous section of this Report.  The inescapable conclusion is that the Islamic Republic of Iran specifically used its IRGC, QF, and Lebanese Hezbollah to

_____

18 https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx
19 https://2009-2017.state.gov/j/ct/rls/crt/2012/209982.htm

provide funding, training, weapons, equipment, and most importantly direction to various Iraqi

Shia Militia groups and Sunni groups to target Americans in post-Saddam Hussein Iraq.

In order to prepare my Declaration, I was provided with the following documents, reports

and forms, not all of which were available for any one Soldier, but which were provided when

available for each Soldier:

- Soldier and Family Member Declarations;
- Social Security Numbers;
- Certificates of Death;
- Casualty Reports;
- Autopsy Reports;
- DD Form 214, Certificate of Release or Discharge from Active Duty;Significant Action Reports ("SIGACT");
- AR-15-6 Reports;
- Explosive Ordnance Disposal Reports ("EOD");
- Weapons Investigative Team Reports ("WIT").

From these documents and reports provided to me, and with my counter-insurgency

experience and access to attack-specific documents, I was able to confirm that specific Soldiers

were in fact involved in specific attacks by groups that received lethal aid from Iran's IRGC-QF,

the MOIS, and Lebanese Hezbollah.

## IRGC-BACKED SHIA MILITIA AREAS OF OPERATION.

The Graphics depict the location of the attack, the IRGC-trained tactic, and the IRGC-

Shia militia Area of Operation.  According to the Institute for the Study of War, Shia militias

were highly active in Diyala, Salah ad Din, Kirkuk, and in central and southern Iraq.  The

Special Groups of AAH and KH were active in the Baghdad city districts of Kadhamiya,

Adhamiya, Mansour, Rasheed, Baya'a and Saidiya, Sadr City, Shu'ala, Hurriya and Kadhamiya.

 In areas of the capital which once were mixed Sunni-Shia areas, the sectarian demographics

developed during the Relevant Time Period of 2003 - 2013 into predominantly Shia areas, and

solidified during the ISIS campaign due to Shia Militia expansion and cleansing of these areas by the groups.[20, 21]

## THE IRGC-QF AND LEBANESE HEZBOLLAH UNIT 3800 TRAINED, EQUIPPED, AND DIRECTED SHIA MILITIAS TO FOCUS ATTACKS ON U.S. FORCES.

General Odierno, USF-I Commander, said with regards to Shia Militia attacks on U.S. Forces: "Whether that's connected directly to the Iranian government — we can argue about that… but they are clearly connected to Iranian IRGC."[22] In 2007, Odierno also stated that 73% of American casualties in Baghdad were caused by Shia Militia attacks.[23]

The IRGC-QF provided substantial financial and technical support to Shia Militias. The IRGC established, organized, and funded attack networks, with Lebanese Hezbollah serving as the premiere QF proxy to train and direct attacks against U.S. Forces in Iraq.

The U.S. Military, along with U.S. intelligence, documented large quantities of enemy weapons in Iraq with imprints on lethal material manufactured in Iran. In particular, highly-lethal EFPs made from special copper disks manufactured with highly-calibrated machines provided by the IRGC were discovered.[24]

## EXPLOSIVELY FORMED PENETRATORS (EFPS)

EFPs served as a primary tactic of choice for AAH and KH Special Groups, making the devices the primary weapon used by IRGC-QF proxies to hit Americans on the ground in Iraq.

[20] Marisa Cochrane, "Jaysh al-Mahdi," Excerpted from "The Fragmentation of the Sadrist Movement," Iraq Report 12, *Institute for the Study of War*, January 2009, http://www.understandingwar.org/jaysh-al-mahdi.
[21] Wing, Joel, "Columbia University Charts Sectarian Cleansing of Baghdad," *Musings on Iraq Blog*, November 19, 2009, http://musingsoniraq.blogspot.com/2009/11/blog-post.html
[22] Roggio, Bill, "Iranian-backed Shia terror group remains a threat in Iraq: General Odierno," *The Long War Journal*, July 13, 2010, http://www.longwarjournal.org/archives/2010/07/iranianbacked_shia_t_1.php.
[23] Gordon, Michael, "U.S. Says Iran-Supplied Bomb Kills More Troops," *The New York Times*, August 8, 2007, http://www.nytimes.com/2007/08/08/world/middleeast/08military.html.
[24] Kagan, Kimberly, "Iran's Proxy War against the United States and the Iraqi Government," *Institute for the Study of War* and *The Weekly Standard*, May 2006-August 20, 2007, http://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf

The EFP was introduced to be used against U.S. Forces, not against Iraqis, as the EFP is most effective against armored vehicles that normal IEDs cannot penetrate, such as HUMVEES.

EFPs accounted for a disproportionate number of U.S. fatalities. In July 2007 alone, 23 of 69 U.S. service members killed in action were killed by EFPs, and 89 of the 614 wounded came from EFP attacks. In Iraq, beginning in 2004 and continuing through the withdrawal of U.S. combat forces in 2011, 1,526 EFPs killed a total of 196 U.S. service members and wounded 861. [, 26, 27]

The IRGC-QF centralized its EFP supply operations to KH and AAH cells, to ensure their proper use against U.S. forces and the minimization of Iraqi casualties. [28]  To access U.S targets, EFP cells activated in areas where they were rarely encountered previously, such as in Abu Ghurayb, Khalis and Muqdadiyya (in Diyala Province), and Kirkuk.[29]

## **MORTAR AND ROCKET ATTACKS**

A very visible symbol of Iran's support to Shia Militias were the mortar and rocket attacks launched against U.S. bases in Iraq, almost all of which involved entire rocket/mortar systems or components (such as fuel packs) identified as Iranian-produced by U.S. weapons intelligence specialists.

---

[26] Weisgerber, Marcus, "How Many US Troops Were Killed By Iranian IEDs in Iraq?" *Defense One*, September 8, 2015, http://www.defenseone.com/news/2015/09/how-many-us-troops-were-killed-iranian-ieds-iraq/120524/?oref=defenseone_today_nl

[27] Knights, Michael, "Iranian EFPs in the Gulf: An Emerging Strategic Risk," Washington Institute for Near East Policy, February 23, 2016,  http://www.washingtoninstitute.org/policy-analysis/view/iranian-efps-in-the-gulf-an-emerging-strategic-risk.

[28] "Asa'ib Ahl al-Haq*," Mapping Militant Organizations*, Stanford University, http://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/143.

[29] Knights, Michael, "Iranian EFPs in the Gulf: An Emerging Strategic Risk," Washington Institute for Near East Policy, February 23, 2016,  http://www.washingtoninstitute.org/policy-analysis/view/iranian-efps-in-the-gulf-an-emerging-strategic-risk.

Specifically, 107mm Hesab[30] and 122mm Grad rockets[31], as well as the larger 240mm Fajr rockets were used against U.S. bases in Iraq.  Special Groups also made greater use of 60mm and 81mm mortars to precisely target small U.S. Joint Security Stations.

Improvised Rocket-Assisted Mortars ("IRAMs") were a KH tactic used against American forces,[32] while JAM SG and AAH made use of Indirect Fire—mortars and rockets—and Direct Fire—RPGs, grenades, heavy machine gun—attacks.[33]  All three types of targeted attacks were trained by, equipped by, and originate from the IRGC-QF and Lebanese Hezbollah.

## IRGC-BACKED MILITIAS TAKE CREDIT FOR ATTACKS

IRGC proxies publicly stated their roles in targeting U.S. forces. Qais al-Khazali, leader of AAH, bragged of his group's role in "forcing" the U.S. withdrawal from Iraq and killing American Soldiers.[34, 35]  Muqtada al-Sadr, leader of JAM SG, also called for "resistance" against the American Military and praised his group's fight against the U.S. "occupation."[36] KH claimed credit for its attacks, threatening to continue violence against Americans until the 2011

---

[30] US shows evidence in Iraq rocket attacks it says leads to Iran, *Agence France-Presse*, July 14, 2011, http://www.thenational.ae/news/world/middle-east/us-shows-evidence-in-iraq-rocket-attacks-it-says-leads-to-iran
[31] Glanz, James and Richard A. Oppel Jr., "U.S. Displays Bomb Parts Said to Be Made in Iran," *The New York Times*, February 27, 2007, http://www.nytimes.com/2007/02/27/world/middleeast/27weapons.html?ex=1330232400&en=499d376d06186157&ei=5090&partner=rssuserland&emc=rss.
[32] "Kata'ib Hezbollah," from *Mapping Militant Organizations*, Stanford University, http://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/361
[33] http://www.deseretnews.com/article/700148372/Shiite-militias-step-up-Iraq-attacks-on-US-troops.html?s_cid=rss-5
[34] "Qais al-Khazali," *Counter Extremism Project*,  http://www.counterextremism.com/extremists/qais-al-khazali.
[35] "Notorious Iraq militia leader once held by US threatens Americans on the battlefield," *Fox News*, August 9, 2016, http://www.foxnews.com/world/2016/08/09/notorious-iraq-militia-leader-once-held-by-us-threatens-americans-on-battlefield.html.
[36] "Al-Sadr: New to fight U.S. in Iraq," *CNN*, June 13, 2008, http://www.cnn.com/2008/WORLD/meast/06/13/iraq.alsadr/index.html?iref=nextin.

withdrawal in order to emphasize its dedication to "resistance."[37]

The Lebanese Hezbollah trained, equipped, and directed AAH and KH operated in Salah ad Din, Baghdad, Diyala, and Tikrit during the Relevant Time Period from 2003 through 2013 and have solidified their presence since.

These very same Militias are now working with Lebanese Hezbollah in Syria to develop an offensive capability against the U.S. military presence---they were attacked by Israel and threaten to return to killing Americans like they have in the past---a clear admission of their role in killing Americans and their ties to Lebanese Hezbollah and the IRGC-QF in Iraq.

The lethal aid and training provided to Iraqi Special Groups by Hezbollah gave IRGC-QF Iraqi Special Groups an offensive lethal capability to attack and kill Americans, a lethal capability they would not have without Iran's provision of such material support and resources.

## ATTACKS

I conducted a review of the attacks, the areas where they occurred, and when they occurred, and concluded that (number of) attacks were, within a reasonable degree of military intelligence and counter-insurgency certainty, committed and perpetrated by IRGC-QF Proxies under the direct control, influence, and material support of the Islamic Republic of Iran, its IRGC and QF, and its agent and proxy, Lebanese Hezbollah, and (this number) of the attacks were, within a reasonable degree of military intelligence and counter-insurgency certainty, committed and perpetrated by Sunni insurgent groups materially supported by the Islamic Republic of Iran, its IRGC and QF, as well as its agent or proxy Lebanese Hezbollah.

---

[37] Healy, Jack, and Michael S Schmidt,  "Shiite Militia Claims Responsibility for Attack in Baghdad," *New York Times*, June 10, 2011, http://www.nytimes.com/2011/06/11/world/middleeast/11iraq.html.

All of my assessments as to the causation of each specific attack below is given within a reasonable degree of military intelligence and counter-insurgency certainty and are referenced in my Attachment A.

Attack #1 (24 June 2004) -  Daniel Desens was killed in an attack, James Cherry, Roy Farve, Antonio Fraser, Ralph Isabella, Aaron Johnson, Jerry Moorhouse, Alan Payne, Thomas Rivera, Lynn Sorenson, Chad Stephens, Jeffery Walton, and Ron Watkins all injured in an attack by EPF, machine gun rounds, RPGs, mortars, and a daisy chain of IEDs that killed Desens in Baqubah, Iraq.  I attribute this attack to Shia Special Groups created, trained and directed by  the IRGC-QF and provide lethal aid by the Sheibani network created by Badr Corps and the IRGC-QF.

Attack #2 (April 2004) – James Cherry suffers PTSD from an IED attack in Baqubah, Iraq.  Cherry is covered in the 24 June Attack. Both Al-Qaeda affiliates and Shia militias operated in this strategic area of Iraq. Based on my analysis, it is highly probable that this attack is attributed to the IRGC-QF through its lethal aid to both Sunni and Shia insurgent groups.

Attacks #3 (October & November 2006) – Bob Clements was injured in an EFP attack in Baghdad, Iraq.  On 16 November 2006 - Clements injured in a Sniper attack in Baghdad, Iraq.  I attribute the EFP attack to AAH.  AAH conducted Sniper operations in Baghdad, and it is more likely than not that the sniper attack was conducted by AAH.

Attack #4 (12 October 2008) - Jason Daniels suffers from PTSD from a complex attack (small arms, RPG) in Rustamayah, Iraq.  I attribute this attack to IRGC-QF proxy AAH.

Attack #5 (14 November 2006) -  Justin Garcia killed in an EFP attack in Baghdad Iraq. I attribute this attack based on tactic and location of attack to IRGC-QF Proxy AAH.

Attack #6 (March 2003) – Travis Haley, was injured in a complex attack (RPG, IED, mortars) in Mosul, Iraq.  Based on my analysis, it is more likely than not that this attack is attributed to IRGC-QF release of Iraqi Sunni terrorists from Iranian prisons specifically for the purpose of attacking U.S. personnel.  These Sunni terrorists were released on the North Eastern Iraq-Iran border and would have moved to Mosul to augment former regime elements to attack Americans in Mosul.

Attacks #7 (May 2009, March 2011) - Jeris T. Holt was injured in an IED attack in Sadr City.  March 2011 - Holt was injured in an IED attack in Baghdad.  I attribute both attacks to AAH based on the location and the attack method.

Attack #8 (December 2004) - Aaron Johnson was injured in an IED attack in Diyala Province near Forward Operating Base (FOB) Caldwell. Both Al-Qaeda affiliates and Shia militias operated in Diyala and used IEDs in this area strategic to Iran. Based on my analysis, it is more likely than not that this attack is attributed to the IRGC-QF through its lethal aid to both Sunni and Shia insurgent groups to target Americans.

Attacks #9 (18 June 2004, 26 January 2005) – Brent Jurgersen was injured in a small arms ambush in Samara, Iraq. On 26 January 2005 Jurgersen was injured in an RPG attack in Ad Duluiyah, Iraq.  The attacks took place in an areas where the IRGC-QF provided lethal aid to both Sunni and Shia groups to specifically target Americans.  Based on my analysis, it is more likely than not that both attacks are attributed to the IRGC-QF through its lethal aid to both Sunni and Shia insurgent groups.

Attacks #10 (01 July 2004) – Jeffrey Leake was injured in an EFP attack in Baqubah, Diyala Province, Iraq. I attribute this attack based on tactic and location of attack to IRGC-QF

Proxy AAH.

Attacks #11 (07 February 2007 & May 2007) - Kyle Lewis, Joe Markell, Bradley Spry, and Jarrett Taylor,  were injured in an EFP attack in Northern Iraq.  May 2007 – Lewis, Markell, Spry, and Taylor were injured in an EFP attack outside of Tal Afar, Iraq.  I attribute both EFP attacks to AAH.

Attacks #12 (November 2006 & February 2007) – Daniel Mayer was injured in an RPG attack in Baqubah, Iraq.  14 November 2006 – Mayer was injured in an IED attack in Baqubah, Iraq.  February 2007 – Mayer was in an IED with vaporized chlorine attack (PTSD, TBI).  I attribute these attacks to the IRGC-QF through its lethal aid to both Sunni and Shia insurgent groups.

Attack #13 (10 September 2004) – Donald McCallum suffers PTSD from an EFP attack in Diyala Province, Iraq. I attribute this attack to IRGC-QF trained and equipped Shia Special Groups. The groups that would become Kataib Hezbollah and Asaib Ahl al-Haqq (AAH).

Attack #14 (30 November 2006, July 2007) – Dillion McNeeley suffers PTSD from a complex attack (IED and small caliber arms fire) in Mosul, Iraq.  July 2007 – McNeeley is involved in another complex attack (IED, RPG, small caliber arms fire) in Mosul Iraq.  I attribute these attacks to IRGC-QF lethal aid to the Sunni insurgency along with IRGC-QF facilitation of foreign fighters into Iraq through Iran's main Arab ally – Syria - using Lebanese Hezbollah and Assad's intelligence network to move fighters into the Sunni insurgency to kill Americans.

Attacks #15 (November 2006 – January 2007) – Miguel Francisco suffers PTSD from multiple EOD detonations of EFPs and IEDs in Mosul, Iraq.  The EFP is the signature weapon of IRGC-QF militia AAH. I attribute this attack to AAH.

Attack #16 (July 2007) – Ryan Norris suffered PTSD from a complex attack (IED and small caliber arms fire) in Mosul, Iraq.  Norris was operating at bases along the Iraq-Iran border from 2009-2011that were continuously under rocket and mortar fire from IRGC-QF backed militia AAH. I attribute these attacks to AAH.

Attack #17 (15 February 2011) - Zach Roth was injured in an EFP in Kalsu, Iraq.  I attribute this attack to AAH based on tactic and location.

Attack #18 (December 2006, March 2007) – Lynn Sorensen was in an IED attack in Diyala Province that resulted in a TBI and PTSD. I attribute this attack to AAH based on attack method. Sorenson was also injured in March of 2007 in an IED attack in Diyala Province.  I attribute this attack to AAH based on the timeframe of this attack and the increased presence of AAH in Diyala Province in 2007.

Attacks #19 (June & August 2003) – Jonas Ware was in an IED attack in Hawija, Iraq. August 2003 - Ware was in an IED attack in Hawija.  Based on my analysis, it is more likely than not that these attacks are attributed to IRGC-QF lethal aid and facilitation of weapons and fighters to Abu Musab al-Zarqawi Sunni Jihadist group.  Citing the relationship between al-Qaeda and the IRGC-QF and Lebanese Hezbollah.

Attack #20 (10 September 2004) – Ron Watkins was injured in an IED attack in Diyala Province.  I attribute this attack to IRGC-QF trained and equipped Shia Special Groups. The groups that would become Kataib Hezbollah and Asaib Ahl al-Haqq (AAH).

Attack #21 (06 June 2004) – Lloyd Williams was injured in an EFP attack in the Abu Ghraib District of Baghdad, Iraq. I attribute this attack to IRGC-QF trained and equipped Shia Special Groups. The groups that would become Kataib Hezbollah and Asaib Ahl al-Haqq

(AAH).

Attack #22 (08 February 2007) – James Williamson was injured in an RPG attack in

Hassa, Iraq.  I attribute this attack to AAH based on attack method.

### AFGHANISTAN ATTACK ATTRIBUTION METHODOLOGY AND ANALYSIS

In my examination and analysis of the terrorist attacks and the tactics used in the attacks

that occurred in Afghanistan in this lawsuit, I have made use of all of my intelligence experience

and knowledge which I discussed in the previous section of this Report.  The inescapable

conclusion is that the Islamic Republic of Iran specifically used its IRGC, and Ministry of

Intelligence and Security (MOIS) to provide funding, training, weapons, equipment, and most

importantly lethal aid to the Taliban to target Americans in Afghanistan

In order to prepare my Declaration, I was provided with the following documents, reports

and forms, not all of which were available for any one Soldier, but which were provided when

available for each Soldier:

- Soldier and Family Member Declarations;
- Social Security Numbers;
- Certificates of Death;
- Casualty Reports;
- Autopsy Reports;
- DD Form 214, Certificate of Release or Discharge from Active Duty;
- Significant Action Reports ("SIGACT");
- AR-15-6 Reports;
- Explosive Ordnance Disposal Reports ("EOD");
- Weapons Investigative Team Reports ("WIT").

From these documents and reports provided to me, and with my counter-insurgency experience

and access to attack-specific documents, I was able to confirm that specific Soldiers were in fact

involved in specific attacks by groups that received lethal aid from Iran's IRGC-QF and the

MOIS.

## THE IRGC-QF AND THE MOIS FINANCED, TRAINED, EQUIPPED, AND FACILITATED TALIBAN ATTACKS AGAINST U.S. PERSONNEL

The IRGC-QF provided substantial financial and technical support to the Taliban. The IRGC established, organized, and funded advanced training in Iran for Taliban operatives to learn how to employ explosives (IEDs and EFPS), complex ambushes, sniper operations, and indirect fire (mortars and rockets) and direct attacks against U.S. Forces in Afghanistan.

The 2006 U.S. Treasury designation of the IRGC-QF under Executive Order 13224 – support for terrorism - states, "the Qods Force is the Iranian regime's primary instrument for providing lethal support to the Taliban. Since at least 2006, Iran has arranged frequent shipments of small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, plastic explosives, and probably man-portable defense systems to the Taliban. This support contravenes Chapter VII UN Security Council obligations. UN Security Council resolution 1267 established sanctions against the Taliban and UN Security Council resolutions 1333 and 1735 imposed arms embargoes against the Taliban. Through Qods Force material support to the Taliban, we believe Iran is seeking to inflict casualties on U.S. and NATO forces."

## ATTACKS

I conducted a review of the attacks, the areas where they occurred, the time period when they occurred, and concluded that (number of) attacks were committed by the Taliban and within a reasonable degree of military intelligence and counter-insurgency certainty, committed and perpetrated by the Taliban with IRGC-QF and MOIS support.

All of my assessments as to the causation of each specific attack below is given within a reasonable degree of military intelligence and counter-insurgency certainty.

22

Attack #23 (09 March 2011) – Robert Bruce was severely injured in an IED attack in Kajaki District, Afghanistan.  The IRGC-QF and MOIS were designated in 2007 by U.S Treasury for providing lethal aid to the Taliban.  I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.

Attack #24 (July 2013) – Jeris Holt was injured in a rocket attack in Puli Alam, Afghanistan.  The IRGC-QF and the MOIS were designated for providing lethal aid to the Taliban.  The IRGC-QF supplied and trained Taliban fighters on the use of rockets to attack American forces. I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.

Attacks #25 (August 2007-2008) - During a year-long deployment from August 2007 to 2008, Chase Jurgenson suffered PTSD from persistent RPG, rocket, mortar, and small arms fire attacks. The IRGC-QF and the MOIS were designated for providing lethal aid to the Taliban. The IRGC-QF supplied and trained Taliban fighters on the use of rockets to attack American forces. I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.

Attack #26 (November 2012) – Chase Jurgensen was injured in an IED attack in Kandahar, Afghanistan. The IRGC-QF and MOIS were designated in 2007 by U.S Treasury for providing lethal aid to the Taliban specifically for the purpose of attacking Americans. I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.

All information and opinions contained in this Report are truthful and accurate, and if called to testify, I would testify consistent with this Report.  The publications, articles, studies, and transcripts cited in this Report are reliable and trustworthy, are the type of resources relied upon by professionals in my field, were prepared according to legal requirements of the respective governmental departments, agencies, or offices by whom they were generated, are

public records from the governmental department, agency or office where such types or kinds of items are kept, are reports from the governmental department, agency or office with a duty to report on the subject matters of the reports, including factual findings, and/or are legitimate and reliable sources of information. My current CV is attached hereto as Attachment B. Also and at the time of this Report, I have provided expert testimony regarding the same subject matter in the following cases: *Frost v. Islamic Republic of Iran*, 383 F. Supp. 3d 33 (D.D.C. 2019); *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019); *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117 (D.D.C. 2019); *Karcher*, CV 16-232 (CKK), 2021 WL 133507, at *1 (D.D.C. Jan. 14, 2021); and *Lee v. Islamic Republic of Iran*, 19-CV-00830 (APM), 2021 WL 325958 (D.D.C. Feb. 1, 2021).

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct. Executed on April 8, 2021.

8 APR 2021

Michael P. Pregent

Attacks carried out by IRGC-QF commanded militias or Sunni groups supported with IRGC-QF and Lebanese Hezbollah Lethal Aid (Training, Equipment, Arms, and Financing)

Case 1:19-cv-02179-TNM   Document 43-1   Filed 04/12/21   Page 25 of 30



Attachment A

1. **24 June 2004 Daniel Desens** killed in attack**, James Cherry, Roy Farve, Antonio Fraser, Ralph Isabella, Aaron Johnson, Jerry Moorhouse, Alan Payne, Thomas Rivera, Lynn Sorenson, Chad Stephens, Jeffery Walton, and Ron Watkins** injured in an attack by EPF, machine gun rounds, RPGs, mortars, and a daisy chain of IEDs that killed Desens in Baqubah, Iraq. **I attribute this attack to Shia Special Groups created, trained and directed by the IRGC-QF.**

2. **April 2004 – James Cherry suffers PTSD from an IED attack in Baqubah, Iraq. I attribute this attack to the IRGC-QF thru lethal aid to both Sunni and Shia insurgent groups.**

3. **October 2006 – Bob Clements was injured in an EFP attack in Baghdad, Iraq. On 16 November 2006 – Clements injured in a Sniper attack in Baghdad, Iraq. I attribute the EFP attack to AAH.**

4. **12 October 2008 - Jason Daniels suffers from PTSD from a complex attack (small arms, RPG) in Rustamayah, Iraq. I attribute this attack to IRGC-QF proxy AAH.**

5. **14 November 2006 - Justin Garcia killed in an EFP attack in Baghdad Iraq. I attribute this to IRGC-QF Proxy AAH.**

6. **March 2003 – Travis Haley, injured in a complex attack (RPG, IED, mortars) in Mosul, Iraq. I attribute this attack to IRGC-QF release of Iraqi Sunni terrorists from Iranian prisons in early 2003 specifically for the purpose of attacking U.S. personnel.**

7. **May 2009 - Jeris T. Holt was injured in an IED attack in Sadr City. March 2011 - Holt was injured in an IED attack in Baghdad. I attribute both attacks to AAH.**

8. **December 2004 - Aaron Johnson was injured in an IED attack in Diyala Province. I attribute this attack to the IRGC-QF thru lethal aid to both Sunni and Shia insurgent groups.**

9. **18 June 2004 – Brent Jurgersen was injured in a small arms ambush in Samara, Iraq. On 26 January 2005 – Jurgersen was injured in an RPG attack in Ad Duluiyah, Iraq. I attribute both attacks to the IRGC-QF thru lethal aid to both Sunni and Shia insurgent groups.**

10. **01 July 2004 – Jeffrey Leake was injured in an EFP attack in Baqubah, Diyala Province, Iraq. I attribute this attack based on tactic and location of attack to IRGC-QF Proxy AAH.**

Attacks carried out by IRGC-QF commanded militias or Sunni groups supported with IRGC-QF and Lebanese Hezbollah Lethal Aid (Training, Equipment, Arms, and Financing)

Case 1:19-cv-02179-TNM   Document 43-1   Filed 04/12/21   Page 26 of 30



Attachment A

11. 02 February 2007 - Kyle Lewis, Joe Markell, Bradley Spry, and Jarrett Taylor,  were injured in an EFP attack in Northern Iraq. May 2007 – Lewis, Markell, Spry, and Taylor were injured in an EFP attack in Tal Afar, Iraq. I attribute both EFP attacks to AAH.

12. November 2006 – Daniel Mayer was injured in an RPG attack in Baqubah, Iraq.  14 November 2006 – Mayer was injured in an IED attack in Baqubah, Iraq.  February 2007 – Mayer was in an IED with vaporized chlorine attack (PTSD, TBI).  I attribute these attacks to the IRGC-QF thru lethal aid to both Sunni and Shia insurgent groups.

13. 10 September 2004 – Donald McCallum suffers PTSD from an EFP attack in Diyala Province, Iraq. I attribute this attack to IRGC-QF trained and equipped Shia Special Groups. The groups that would become Kataib Hezbollah and Asaib Ahl al-Haqq (AAH).

14. 30 November 2006 – Dillion McNeeley suffers PTSD from a complex attack (IED and small caliber arms fire) in Mosul, Iraq. July 2007 – McNeeley is involved in another complex attack (IED, RPG, small caliber arms fire) in Mosul Iraq.  I attribute these attacks to IRGC-QF lethal aid to the Sunni Insurgency.

15. November 2006 –  January 2007 – Miguel Francisco suffers PTSD from multiple EOD detonations of EFPs and IEDs in Mosul, Iraq. The EFP is the signature weapon of IRGC-QF militia AAH. I attribute these attacks to AAH.

16. July 2007 – Ryan Norris suffered PTSD from a complex attack (IED and small caliber arms fire) in Mosul, Iraq.  Norris was operating at bases along the Iraq-Iran border from 2009-2011that were continuously under rocket and mortar fire from IRGC-QF backed militia AAH. I attribute this attack to AAH.

17. 15 February 2011 - Zach Roth was injured in an EFP in Kalsu, Iraq. I attribute this attack to AAH based on tactic and location.

Attacks carried out by IRGC-QF commanded militias or Sunni groups supported with IRGC-QF and Lebanese Hezbollah Lethal Aid (Training, Equipment, Arms, and Financing)



Attachment A

18. December 2006 – Lynn Sorensen was in an IED attack in Diyala Province that resulted in a TBI and PTSD. I attribute this attack to AAH based on attack method. March 2007 - Sorenson was injured in an IED attack in Diyala Province. I attribute this attack to AAH.

19. June 2003 – Jonas Ware was in an IED attack in Hawija, Iraq. August 2003 - Ware was in an IED attack in Hawija. I attribute this attack to IRGC-QF lethal aid and facilitation of weapons and fighters to Abu Musab al-Zarqawi Sunni Jihadist group. Citing the relationship between al-Qaeda and the IRGC-QF and Lebanese Hezbollah.

20. 10 September 2004 – Ron Watkins was injured in an IED attack in Diyala Province. I attribute this attack to IRGC-QF trained and equipped Shia Special Groups. The groups that would become Kataib Hezbollah and Asaib Ahl al-Haqq (AAH).

21. 06 June 2004 – Lloyd Williams was injured in an EFP attack in the Abu Ghraib District of Baghdad, Iraq. I attribute this attack to IRGC-QF trained and equipped Shia Special Groups. The groups that would become Kataib Hezbollah and Asaib Ahl al-Haqq (AAH).

22. 08 February 2007 – James Williamson was injured in an RPG attack in Hassa, Iraq. I attribute this attack to AAH based on attack method.

**The IRGC-QF and the MOIS financed, trained, equipped, and facilitated Taliban attacks against U.S. personnel in Afghanistan.** The IRGC established, organized, and funded advanced training in Iran for Taliban operatives to learn how to employ explosives (IEDs and EFPS), complex ambushes, sniper operations, and indirect fire (mortars and rockets) and direct attacks against U.S. Forces in Afghanistan. *U.S. Treasury Designation.*



Attachment A

23. **09 March 2011 – Robert Bruce was severely injured in an IED attack in Kajaki District, Afghanistan. The IRGC-QF and MOIS were designated in 2007 by U.S Treasury for providing lethal aid to the Taliban. I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.**

24. **July 2013 – Jeris Holt was injured in a rocket attack in Puli Alam, Afghanistan. The IRGC-QF and the MOIS were designated for providing lethal aid to the Taliban. The IRGC-QF supplied and trained Taliban fighters on the use of rockets to attack American forces. I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.**

25. **During a year long deployment from August 2007 to 2008, Chase Jurgenson suffered PTSD from two separate rocket attacks during his deployment to Kunar and Nuristan Provinces in Afghanistan. The IRGC-QF and the MOIS were designated for providing lethal aid to the Taliban. The IRGC-QF supplied and trained Taliban fighters on the use of rockets to attack American forces. I attribute these attacks to IRGC-QF and MOIS Lethal Aid to the Taliban.**

26. **November 2012 – Chase Jurgensen was injured in an IED attack in Kandahar, Afghanistan. The IRGC-QF and MOIS were designated in 2007 by U.S Treasury for providing lethal aid to the Taliban specifically for the purpose of attacking Americans. I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.**

# MICHAEL P. PREGENT
**pregentm@gmail.com   (202) 617-1938**

- Expert and trusted advisor on U.S. Foreign Policy in the Middle East, North Africa, and Southwest Asia
- Senior fellow and former intelligence officer with more than 30 years' experience in counterinsurgency, counterterrorism, stakeholder communications, and strategic planning
- Consultant for private and public sectors in areas of Intelligence, Terrorism, Radical Ideologies, Middle East, and Defense strategy in relation to U.S. Security and Politics (engagement strategies, gap analysis, Red Team analysis, atmospheric reporting, qualitative alternative analysis)
- Highly effective, polished, and strategic communicator with ability to convey complex Foreign Policy and National Security issues through competitive analysis, presentations, writings, and media campaigns

## PROFESSIONAL EXPERIENCE

**Senior Fellow- Iran, Iraq, & U.S. Middle East Policy Expert, Hudson Institute,** Washington, DC. 2015- Present
- Provide expert testimony in U.S. District Court & Congress on Terrorism and State Sponsors of Terror.
- Expert analyst on Shia militias, Iran, Iraq, and ISIS with appearances on BBC World News, Al-Jazeera International, CNN, CNN International, and Fox News
- Published Foreign Policy and U.S National Security expert on ISIS, Iran's Qods Force, Syria, and Iraq for the *The Wall Street Journal, Washington Post, Foreign Affairs, Foreign Policy Magazine,* et al.

**Middle East Adjunct Lecturer/Expert, National Defense University,** Washington, DC, 2015-Present
- Distinguished contributor to the *Department of the Army's History of the Iraq War.*
- Middle East Expert on ISIS and U.S. policy in Iraq for the College of International Security Affairs (CISA) and visiting Fellow for Institute for National Securities Studies (INSS)

**Executive Director, Veterans Against the Iran Deal,** Washington, DC, 2015-2017
- Devised and implemented a multi-media campaign to educate Americans on the Iran Deal (JCPOA)
- Increased U.S. public opposition to the Iran Deal from 33% to 66% as a result of campaign

**Senior Director Middle East Strategies, Liaison Solutions International,** Orlando, FL 2013- 2015
- Developed communications strategies for target demographics in the Middle East and North Africa
- Established international network to connect concepts and services with key decision makers

**Subject Matter Expert-Defense Intelligence Agency (DIA) & U.S. Central Command (CENTCOM)** 2006-2013
- Expert on Islamic Terrorist groups as well as political and cultural analysis for the Middle East, North Africa, and South West Asia; assessed intelligence value of captured Osama Bin Laden documents
- Provided intelligence assessments to the National Intelligence Community, Multi-National Force-Iraq intelligence staff, the US Embassy Team, the Iraqi Government, and military officials
- Engaged with host-nation decision-makers, counter-insurgency officials, insurgent leaders, and tribal leaders in counterinsurgency and counter-terrorism operations

**Intelligence Officer, U.S. Army, Middle East and U.S. Based** 1986-2006
- Executive Officer, Operations Officer, Company Commander, Intelligence Officer, Liaison Officer, & Embedded Advisor
- Veteran of Desert Storm/Shield, Operation Enduring Freedom, and Operation Iraqi Freedom
- Advised and liaised with host-nation military, counter- insurgency forces, and counter-terrorism government officials in Egypt, Iraq, Saudi Arabia, Kuwait, and Afghanistan.

## EDUCATION
*Master's of Science, Strategic Public Relations George Washington University, Strategic Public Relations*
*Modern Standard Arabic and Egyptian Dialect Graduate, U.S. Army's Defense Language Institute*
*Bachelor of Art, Political Science and Government, Indiana University-Perdue University Indianapolis*

**Michael Pregent Bio** mpregent@hudson.org | 202-617-1938

Mike Pregent is a senior fellow at Hudson Institute. He is a senior Middle East analyst, a former adjunct lecturer for the College of International Security Affairs, and a visiting fellow at the Institute for National Strategic Studies at the National Defense University.  He has testified several times in front of Congress on Iran's support for Terror in Iraq and the broader Middle East.  He has testified in U.S. District court on Iran's support to terror groups that have injured and killed Americans.

Pregent is a former intelligence officer with over 28 years-experience working security, terrorism, counter-insurgency, and policy issues in the Middle East, North Africa, and Southwest Asia. He is an expert in Middle East and North Africa political and security issues, counter-terrorism analysis, and strategic planning.

He spent considerable time working malign Iranian influence in Iraq as an advisor to Iraq's Security and Intelligence apparatus, including an embedded advisory role with Prime Minister Nouri al-Maliki's extra-constitutional Office of the Commander-in-Chief – a role to discover PM-directed sectarian activity.  The office was set up to ensure Iranian-backed Shia militia party control of Iraq's security and political sectors.

Based on his Iraq experience on the IRGC-QF operations against the U.S. led Coalition, Mike was asked to contribute to the U.S. Army's History of the Iraq War. He provided inputs on Malign Iranian influence in Iraq to include IRGC-QF training, arming, funding and directing both Sunni groups and Iraqi Shia Militias to target Americans.

Pregent served in Desert Shield and Desert Storm, served as a liaison officer in Egypt during the 2000 Intifada, as a counter-insurgency intelligence officer at CENTCOM in 2001, and as a company commander in Afghanistan in 2002 - at the height of the U.S. focus on al-Qaeda, the Taliban, and the Haqqani group.

Pregent served as an embedded advisor with the Peshmerga in Mosul 2005-06. Also, as a civilian SME working for DIA, he served as a political and military advisor to USF-I focusing on the insurgency and Iranian influence in Iraq from 2007-2011. He was a violent extremism and foreign fighter analyst at CENTCOM from 2011-2013.

He holds a Masters in Strategic Public Relations from The George Washington University and is a graduate of the U.S. Army's Defense Language Institute in Modern Standard Arabic and Egyptian Dialect.

Mike Pregent has numerous publications on ISIS, Iran's Qods Force, and on Syria and Iraq. His writings have been published in Foreign Affairs, The Wall Street Journal, Foreign Policy Magazine, The Tower Magazine, Long War Journal, New America Foundation, CNN, Al-Jazeera, Business Insider, and the Daily Beast

He frequently appears as an expert analyst on Shia militias, Iran, Iraq, and ISIS with appearances on BBC World News, Al-Jazeera International, CNN, CNN International, and Fox News.

Attachment B