## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ZACHARY CARL ROTH, SR. et al,

     Plaintiffs,

v.

                                  Case No. 1:19-cv-02179

ISLAMIC REPUBLIC OF IRAN,

     Defendant.

### DECLARATION OF ███████████████

I, ███████████████ am over the age of 18, of sound mind and competent to testify to the facts contained herein, and being first duly sworn on oath, deposes and states as follows:

### Background

1.     I am a US Citizen who enlisted in the US Marine Corps.

2.     **Exhibit A** is a true and correct copy of my DD Form 214, which contains the date of my enlistment, my last duty assignment and rank, my military job specialty, my military education, all decorations, medals, badges, citations, and campaign awards earned during my service, my total creditable service, my foreign service credited, and my separation information.

3.     From approximately September of 2010 to March of 2011, I was deployed to Afghanistan with the 3rd Battalion, 5th Marines, Second Squad, PMT 2 (police mentor team), callsign SAVAGE 2.

4.     I married my wife ███████████████████ in November 2011.

### The Attack

5.     I was assigned as squad leader of Savage 2. On the morning of March 9, 2011, I along with the rest of Savage 2 stepped off from FOB Zebrugee (FOB Z) around 0800 hours (local time). We moved to the northwest Afghan National Police checkpoint, called "Shrine." From there, we headed across the farm fields of the small village referred to as "SK."

6.     Two days prior, the Marines at FOB Z were alerted to the placement of IED's by Taliban forces on, and around Devin Hill. Devin Hill was a small hill that broke the village of SK into two. The alert came from village elders, and from Afghan National Police forces located at the "Shrine."

7.     Savage 2 was tasked to investigate, locate, and destroy any IED's. Savage 2 was using a Vallon Metal Detector to help find the IEDs. This tool had a 50/50 percent chance at



locating them. All other signs of IED placement had been destroyed, or just naturally went away (faded) over the course of the last two days.

8.      As Savage 2 approached the base of Devin hill, we designated a hasty Helicopter Landing Zone in the event that CASEVAC support was needed. After the Helicopter Landing Zone was set, I took half of the squad (four Marines and three Afghan National Police) up the south side of Devon Hill.

9.      As we approached the crest of the hill, ███████████████████████████ Chaney set into a stationary position with an M240 and the Afghan National Police to provide cover for me and ███████████████████████ was tasked with using the Vallon Metal Detector, while I provided direct cover for Lance Corporal Roed.

10.     Once they were set, ███████████████ began slowly sweeping the top of Devin Hill with the Vallon Metal Detector. The IED's in the area of operation were built of random materials and ordnance. Sometimes they were made from motor shells; other times they were homemade explosives. However, most of the time the "trigger" was a pressure plate made from wood and fine copper wire.

11.     As ███████████████ conducted his sweeping, I followed a few paces back and kept an eye on areas that were known enemy firing points, that we had been engaged from in the past. About ¾ of the hill had been swept, and ███████████████ began the last section. As he continued sweeping, I stopped to scan an area in the distance with my rifle optic.

12.     At this point, ███████████████ stepped on a pressure plate, detonating an IED underneath of him. I turned and alerted the rest of the squad and began command and control.

13.     Once passing information to the squad, I began to move toward ███████████ ███ to render aid. A few steps into my movement, I stepped on a secondary IED. I was thrown from the blast and suffered double amputations of both of my lower legs.

14.     ███████████████ suffered major bone and tissue damage to his right leg, which would later be amputated.

15.     Both of us were EVACed from the area, and transported to the field hospital, then to Germany, and finally back to the Walter Reed Medical Center in Maryland.

16.     **Exhibit B** are true and correct copy of photographs of the attack and my injuries which fairly and accurately depict the scene of the attack, and my injuries.

### Injuries, Medical Treatment, and Disability

17.     *Injuries.* Due to the attacks, I experienced, was diagnosed with, and suffer from double below the knee amputations, a traumatic brain injury, back pain, tinnitus, hearing loss, and PTSD.

18. *TBI.* During the attack I did not lose consciousness. However, after the blast, I felt a blur, dizziness, and dazed. When I came out of the dizziness, I started to realize what was going on. I noticed that my toes were hurting. However, when I looked down, I noticed that my right leg was gone, and my left leg was pretty much gone. I was immediately pumped with pain medication and transported to a field hospital. After the field hospital, I was transported to Germany, and then to Walter Reed Medical Center in Maryland. I arrived at Walter Reed about 3-4 days after the attack. Upon arriving at Walter Reed, I started to come down from the pain medications, and that's when I started to notice that I was having problems with blurred vision, head issues, slurred speech, stuttering, and sensitivity to light and sound. Later, I started having headaches, and short-terms memory issues which have been ongoing to today along with slurred speech and stuttering. As for my memory problems, I still have difficulty remembering things. For example, I forget what I came into a room for, where am I at, or what I'm looking for when looking for something.

19. *PTSD.* During my recovery and rehabilitation, I started to:

- Experience recurrent, unwanted distressing memories of the attack. When I go to the store, certain smells, certain cleaning aisles bother me. This is because certain bombs are made from household cleaners, and when they explode, they have a cleaner smell. For example, when I go to Costco, and they are mopping the floor, the scents will set off memories of the attack. Also, certain days of the anniversary of the attack, and losing guys are impactful.

- Have negative thoughts about myself, life, family, friends. I definitely roller-coaster and have some up and down days. I lost interest in hiking. When I do hike, and because of my injuries, I am more focused on the ground and where I'm going rather than enjoying the hike. At times I feel depressed, detached. I can't really talk to anyone in the family and/or friends. I have difficulty experiencing positive emotions, and at times feel numb.

I also have the following ongoing problems: slurred speech, stuttering, not being to go to certain place because of the prosthetics. Memory issues. Knee pain from being in the sockets, prosthetics cause soreness in spots. Hip flexors constantly have to be stretched because if I sit for too long my legs become super tight.

20. *Medical Providers.* After the attack, and prior to my discharge from the Marine Corps., I received medical treatment for my injuries at a field hospital in Afghanistan, the Landstuhl Regional Medical Center in Germany, Walter Reed Medical Center in Maryland, and finally the Naval Medical Center in San Diego, California. After my discharge, I continued to receive treatment at the Phoenix, Arizona VA, and the Southeast VA clinic in Gilbert, Arizona. The VA also hired a third-party company called, Artificial Limb Specialists in Arizona to fabricate my prosthetic.

21. *VA Disability.* I applied for service-related disability, and after service-connected evaluations, the VA declared me disabled. **Exhibit C** is a true and correct copy of my VA disability determination. According to the VA, I am 100% disabled. The VA declared me totally and permanently disabled, and paid me at the 100% rate because the VA deemed me unemployable due to my service-connected injuries.

22.     *Impact on Daily Living.* I have found ways to adapt my life, however, the amputation of my legs and TBI have impacted my life greatly. Pain is daily. The TBI has led to a stutter, and difficulty remembering things at times. Nerve pain in the amputation site varies. Some days it's not much, but other days it keeps me from doing anything. Conducting normal things throughout the day tax my body more than it used to. Standing and walking for long periods on prosthetics causes nerve pain and sores. My ability to maintain my weight is much more difficult since workout regiments must be modified, and cardio work can be painful (running, biking). My anxiety level fluctuates. I have trouble sleeping from pain at night. When I am not wearing prosthetics, I am in a wheelchair which has its own gambit of challenges with household duties. My wife handles a-lot of the household responsibilities that I would normally handle. Things such as getting on a ladder and replacing the AC air filters and light bulbs. I will occasionally cook although it has to be simple meals because anything with multiple pots or pans is difficult to manipulate from a wheelchair. I am also no longer able to do some activities that I used to enjoy, such as hiking. I am unable to do any of the outdoor chores around the house, and we had to hire help. I also suffer from ongoing back pain. On a good day my back pain is a 0, and on a bad day it is a 6, on a pain scale of 0 to 10.

23.     *Impact on Employment.* Because of my injuries I lost the ability to finish my career in the military which was more of a calling for me than a job. Since I've been out of the military, I have been able to find employment. However, just like doing everyday aspects of daily living, I've had to find ways to adapt my life. I am not working currently, but I was working for a defense company teaching military police and civilian law enforcement. However, standing in a classroom for long periods of time caused me a lot of pain. Also, I was having conflict with the owner. Therefore, I decided to leave them in November of 2020. I am currently in the process of doing my own product design for the tabletop gaming industry.

24.     *Impact on Relationships.* My wife and I met, and got married after I suffered my injuries, and was discharged from the Marine Corps. In a way, my wife knew what she was getting into when she married me as a double amputee. I think we have a steady good marriage. My wife is great support for me. Our sex life is up and down depending on my pain, and anxiety levels. We go to movies and dinner occasionally. However, I've always wanted to be a father, but the potential of being a father I envision in the future has been drastically affected by my injuries. I am not really going to be able to run around the park, throw a ball around, and participate in a lot of activities. While I will do my best, I know I won't be the kind of father I would want to be for a child.

Pursuant to 28 U.S.C.A § 1746, I declare under penalty of perjury that the foregoing is true and



03/04/2021

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| ▮▮▮ | USMC-U | ▮▮▮-8846 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| Sgt | E-5 | 1986▮ | 20130530 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| ▮▮▮ | ▮▮▮ |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| MCLO-BALBOA SAN DIEGO CA 92134 (MCC 1W2) | HQSPTBN MCB CAMPEN CA 92055 (33060) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| CMC (MMSB-20) RUC 54881 | AMOUNT: $400,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 0311- Rifleman | a. DATE ENTERED AD THIS PERIOD | 2006 | 01 | 09 |
| (6 Years, 7 Months) | b. SEPARATION DATE THIS PERIOD | 2012 | 12 | 30 |
| No further entries.// | c. NET ACTIVE SERVICE THIS PERIOD | 06 | 11 | 22 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 01 | 00 | 11 |
| | g. SEA SERVICE | 00 | 05 | 29 |
| | h. INITIAL ENTRY TRAINING | 00 | 02 | 28 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2011 | 07 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| Purple Heart Medal, Combat Action Ribbon(2d Awd/Iraq, Afghanistan), Marine Corps Good Conduct Medal, National Defense Service Medal, Afghanistan Campaign Medal(w/1 Campaign star), Iraq Campaign Medal(w/2 Campaign stars), Global War on Terrorism Expeditionary Medal(Afghanistan), Global War on Terrorism Service Medal, Humanitarian Service Medal. CONT on DD214C.// | Basic Infantryman Course(12Wks. May 2006), Infantry Rifleman Course (9Wks. Sep 2006), Infantry Squad Leader Course(5Wks. Jul 2009). No further entries.// |

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | | NO |
|---|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | x | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment _____ ) | | YES | x | NO |

| 16. DAYS ACCRUED LEAVE PAID | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| 1.5 | | | x |

18. REMARKS
Serial # ▮▮▮
Good Conduct Medal Period Commences: 20090918.
Member contributed $1,200 to the MGIB.
Extension of service was at the request and for the convenience of the Government.
Subject to active duty recall by Service Secretary. CONT on DD214C.//

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| ▮▮▮ | ▮▮▮ |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | AZ OFFICE OF VETERANS AFFAIRS | x | YES | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | x | YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ▮▮▮ | 20121001 | A. A. Robinson, GS071 EAD, Human Resources Assistant | 20121001 |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
| Permanently Retired | HONORABLE |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
| MARCORSEPMAN par 8201 | SFJ1 | RE-3P |
| 28. NARRATIVE REASON FOR SEPARATION | |
| DISABILITY, PERMANENT | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) ▮▮ |
| None | |

DD FORM 214, AUG 2009    PREVIOUS EDITION IS OBSOLETE.    SERVICE - 8
Adobe Designer 8.0

Exhibit A

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME *(Last, First, Middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
|  | USMC-11 | 8846 |

*(Specify the item number of the block continued for each entry.)*

Serial #

Item 13 CONT: Sea Service Deployment Ribbon(4th Awd), NATO Medal-ISAF(Afghanistan), Letter of Appreciation, Rifle Expert Badge(4th Awd), Pistol Marksman Badge.
No further entries.//

Item 18 CONT: Contingency Operations: ENDURING FREEDOM 1-6 (Afghanistan) 20100919 - 20110311, IRAQI FREEDOM6-8 (Iraq) 20070317 - 20071006, Non-Creditable Delayed Entry Program time: 20050531-20060108(7 Months, 7 Days).
No further entries.//

| 21.a. MEMBER SIGNATURE | b. DATE *(YYYYMMDD)* | 22.a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* | b. DATE *(YYYYMMDD)* |
|---|---|---|---|
|  | 20121001 | A. A. Robinson, GS07 LEAD, Human Resource Assistant | 20121001 |

DD FORM 214C, AUG 2009

OMPF COPY

Exhibit A



Exhibit B





Exhibit B



Exhibit B



Exhibit B



Exhibit B



Exhibit B



- Public Health Service: 1-800-638-8744

## What We Decided

We determined that the following condition(s) was/were related to your military service, so service connection has been granted:

| Medical Description | Percent (%) Assigned | Effective Date |
|---|---|---|
| Bilateral transtibial amputation (also claimed as phantom limb syndrome and difficulty walking) | 100% | Dec 31, 2012 |
| Scars of the left lower extremity that are deep and nonlinear (claimed as scars bilateral legs, left hip, and buttocks and left leg skin graft) | 20% | Dec 31, 2012 |
| Scars of the right lower extremity that are deep and nonlinear (claimed as scars bilateral legs, left hip, and buttocks and left leg skin graft) | 20% | Dec 31, 2012 |
| Acromioclavicular (AC) arthrosis, clavicular malunion (claimed as right shoulder (dominant) dislocation and deformity) | 10% | Dec 31, 2012 |
| Tinnitus (claimed as bilateral ear tinnitus) | 10% | Dec 31, 2012 |
| Chondromalacia left knee (claimed as bilateral knee pain) | 0% | Dec 31, 2012 |
| Chondromalacia right knee (claimed as bilateral knee pain) | 0% | Dec 31, 2012 |
| Scars of the left lower extremity that are superficial and nonlinear (claimed as scars bilateral legs, left hip, and buttocks and left leg skin graft) | 0% | Dec 31, 2012 |
| Scars of the right lower extremity that are superficial and nonlinear (claimed as scars bilateral legs, left hip, and buttocks and left leg skin graft) | 0% | Dec 31, 2012 |
| Linear scar on anterior trunk | 0% | Dec 31, 2012 |
| Tension-type headaches (claimed as migraine headaches) | 0% | Dec 31, 2012 |

We determined that the following condition(s) was/were not related to your military service, so service connection couldn't be granted:

| Medical Description |
|---|
| Bilateral hearing loss |
| Tramatic brain injury (TBI) |

Exhibit C

- Public Health Service: 1-800-638-8744

## What We Decided

We determined that the following condition(s) was/were related to your military service, so service connection has been granted:

| Medical Description | Percent (%) Assigned | Effective Date |
|---|---|---|
| Bilateral transtibial amputation (also claimed as phantom limb syndrome and difficulty walking) | 100% | Dec 31, 2012 |
| Scars of the left lower extremity that are deep and nonlinear (claimed as scars bilateral legs, left hip, and buttocks and left leg skin graft) | 20% | Dec 31, 2012 |
| Scars of the right lower extremity that are deep and nonlinear (claimed as scars bilateral legs, left hip, and buttocks and left leg skin graft) | 20% | Dec 31, 2012 |
| Acromioclavicular (AC) arthrosis, clavicular malunion (claimed as right shoulder (dominant) dislocation and deformity) | 10% | Dec 31, 2012 |
| Tinnitus (claimed as bilateral ear tinnitus) | 10% | Dec 31, 2012 |
| Chondromalacia left knee (claimed as bilateral knee pain) | 0% | Dec 31, 2012 |
| Chondromalacia right knee (claimed as bilateral knee pain) | 0% | Dec 31, 2012 |
| Scars of the left lower extremity that are superficial and nonlinear (claimed as scars bilateral legs, left hip, and buttocks and left leg skin graft) | 0% | Dec 31, 2012 |
| Scars of the right lower extremity that are superficial and nonlinear (claimed as scars bilateral legs, left hip, and buttocks and left leg skin graft) | 0% | Dec 31, 2012 |
| Linear scar on anterior trunk | 0% | Dec 31, 2012 |
| Tension-type headaches (claimed as migraine headaches) | 0% | Dec 31, 2012 |

We determined that the following condition(s) was/were not related to your military service, so service connection couldn't be granted:

| Medical Description |
|---|
| Bilateral hearing loss |
| Tramatic brain injury (TBI) |

Exhibit C