## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ZACHARY CARL ROTH, SR. et al,

    Plaintiffs,

v.

                           Case No. 1:19-cv-02179

ISLAMIC REPUBLIC OF IRAN,

    Defendant.

### DECLARATION OF ▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮ am over the age of 18, of sound mind and competent to testify to the facts contained herein, and being first duly sworn on oath, deposes and states as follows:

### Background

1.     I am a US Citizen who enlisted in the US Army National Guard – North Carolina.

2.     **Exhibit A** is a true and correct copy of my DD Form 214, which contains the date of my enlistment, my last duty assignment and rank, my military job specialty, my military education, all decorations, medals, badges, citations, and campaign awards earned during my service, my total creditable service, my foreign service credited, and my separation information.

3.     From approximately February to December of 2004, I was deployed to Iraq as part of 1st Platoon, A Company, 1/120th Infantry (M), 1/6 FA, 1st Infantry Division.

4.     On July 8, 1989, I married ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and I have two children: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮1989), and ▮▮▮▮▮▮▮▮1977).

### The Attacks

5.     In April of 2004, I was a team leader of a unit being transported inside a Bradley Fighting Vehicle to an oil field outside of Baqubah, Iraq so that a patrol of the oil field could be accomplished. En route to the oil field, the Bradley Fighting Vehicle that I was in was attacked by an IED where I sustained hearing loss.

6.     On the morning of June 24, 2004, I along with the other members of 1st Platoon moved out in a convoy of Bradley Fighting Vehicles from FOB Warhorse in Baqubah, Iraq on a mission to clear IEDs. As the convoy neared the Mufrek Traffic Circle in western Baqubah, Iraq, we were ambushed by machine gun rounds, RPGs, EFPs, and a daisy chain of IEDs. A firefight ensued and additional U.S. forces were sent to and participated in the action.

PLAINTIFF'S EXHIBIT 2

7.      During the attack, I was inside one of Bradley Fighting Vehicles that was attacked with an IED, EFP, RPGs, rockets, machine gun rounds, and mortars. I was injured by direct and secondary blasts during the attack. I was knocked unconscious for an undetermined amount of time, suffered a traumatic brain injury, a blast injury, and vision loss. I was subsequently diagnosed with PTSD related to the attack.

8.      **Exhibit C** is true and correct copy of the Department of Army Form 2823 Sworn Statement of            **Exhibit D** is a true and correct copy of the Department of Army Form 2823 Sworn Statement of            **Exhibit E** is a true and correct copy of the Department of Army Form 2823 Sworn Statement of            and **Exhibit F** is a true and correct copy of a summary of the June 24, 2004 attack. These statements and summaries fairly and accurately depict the scene, and actions on the day of the June 24, 2004 attack.

### Injuries, Medical Treatment, and Disability

9.      *Injuries.* Due to the attacks, I experienced, was diagnosed with, and suffer from hearing loss, a traumatic brain injury, a blast injury, vision loss, and PTSD.

10.     *TBI.* During the June 24, 2004 attack I did lose consciousness. After I regained consciousness, I felt dizzy, seeing stars, blurry vision, double vision, ringing in my ears, slurred speech, and headache which I continue to experience. I do not remember the whole attack. Immediately after the attack, I started having problems with headaches, slurred speech, delayed responses, and memory problems, which have continued to the present. As for my memory problems, I have difficulty with short-term and long-term memory. I especially have problems with word finding, difficulty expressing myself, confusion, and memory recall.

11.     *PTSD.* Immediately after the June 24, 2004 attack, I started to:

- Experience recurrent, unwanted distressing memories of the attack. I am reliving my military experiences and experiencing reoccurring dreams. My dreams are such where I am running and it feels so real, I end up falling out of the bed thinking I was really running away.

- Try to avoid certain people/places that reminded me of the attack. I don't watch military movies, go to any military gatherings, avoid crowds, loud noises, or those I might have known during my service.

- Have a lack of interest in doing things. I have no desire to go to any gatherings unless there is less than five people, I will go do things, but I do not have much interest and it takes some time to encourage me to do things.

- React to things differently than I did prior to the June 24, 2004 attack. I am always on high alert, trouble sleeping (nightmares more the issue than falling asleep), trouble concentrating, angrier compared to before, and anxious.

I have the following ongoing problems: nightmares, anger, anxiety, less desire to do activities than before, avoids crowds and loud noises, and trouble concentrating.

12.    *Medical Providers.* After my discharge, I sought and received medical treatment from the VA Medical Centers in Durham, Salisbury and Greenville, North Carolina; and Hampton, Virginia. I also received medical treatment at Bertie County Rural Health Association in Windsor, North Carolina; Vidant Chowan Internal Medicine in Edenton, North Carolina; and Womack Medical Center in Fort Bragg, North Carolina. I also received medical treatment from Psychiatrist at the VA.

13.    *VA Disability.* I applied for service-related disability, and after service-connected evaluations, the VA declared me disabled. **Exhibit B** is a true and correct copy of my VA disability determination. According to the VA, I am 100% disabled. The VA declared me totally and permanently disabled, and paid me at the 100% rate because the VA deemed me unemployable due to my service-connected injuries.

14.    *Impact on Daily Living.* The injuries from the attack have had a huge impact on my life. I am always anxious, depressed, and feel isolated. I have severe headaches, and difficulty concentrating. I am irritable and moody. I get upset easily. I have times that I am extremely sad and anxious especially around the anniversary of the June of 2004 attack. I don't like change and have very patterned behaviors. I have a very specific way that I like to do things. I was unable to sleep without sleep medication. The medicine was just a temporary fix, and only helped me get 3-4 hours a night. After returning home from the deployment, I didn't care much about my personal hygiene. My wife fussed daily for me to shower and take baths, eat food, and not drink. I am unable to help a lot around the house. We had to hire someone to help with the house. Before the attacks, I used to love doing yard work, and our yard was immaculate, and I we were well praised by the neighbors. Now my wife hires someone to do the yard work. I am afraid of large crowds and noises. I prefer to be home. I am very cautious when out. If I go to the grocery store or mall with my wife, I usually sit in the car. My wife and brother usually drive me to doctor's appointments because I usually don't drive over three miles daily. I used to love fishing, but now I only go once or twice a year. I keep insurance on my motorcycle, but I rarely ride it. For my hearing loss and tinnitus, I have hearing aids to hear and help muffle out the constant ringing. They don't really help, and it drives me insane. Both my PTSD and the ringing in my ears interfere with my ability to sleep.

15.    *Impact on Employment.* Because of my injuries I am unable to find and hold gainful and full-time employment resulting in financial difficulties. Since 1976 and prior to my deployment to Iraq, I worked for the ⬛⬛⬛ building aircraft carriers for the military. When I returned from my deployment in 2005, I continued my employment at ⬛⬛⬛ building carriers. However, my return to the ⬛⬛⬛ was brief. At one point, I was transferred off building the carriers because I was having issues concentrating. In fact, one time I got lost coming home from work, and my family had to come find me. I didn't know where I was. I was forced to retire early because I was unable to perform my job duties and having issues concentrating. I retired early from the shipyard in July 2007, and on April 30th of 2008, the VA deemed me unemployable.

16.    *Impact on Relationships.* My injuries have a severe impact on my relationships with family members and friends. My personal relationship with my wife is strained because I don't like going places. This causes tension, but my wife is patient and understands my pain. She

leaves lists of basic tasks for me to complete. She takes care of all financial, medical & personal matters for me. I feel like a child instead of a husband. In the past our relationship nearly ended in divorce because I was driving a nearly killed myself because I couldn't handle the burden I was placing on her. I had to get help from a psychiatrist at the VA. I was drinking because I couldn't handle what I was doing to his wife and children. I have stopped drinking and have not had a drink since I nearly killed myself.

Pursuant to 28 U.S.C.A § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                     03/03/2021

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES
THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT
ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | | 2. DEPARTMENT, COMPONENT AND BRANCH | | 3. SOCIAL SECURITY NO. |
|---|---|---|---|---|
| | | ARMY/ARNG | | 8196 |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE | |
|---|---|---|---|---|
| SGT | E5 | 1947 | Year 0000 Month 00 Day 00 | |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FT BRAGG, NC | |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| CO A 1/120TH INF FC | FORT BRAGG, NC 28310-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| CO A 1/120TH INF BROADHURST ROAD JACKSONVILLE, NC 28540 | Amount: $ 250,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 11B2O INFANTRYMAN--1 YRS-0 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 2004 | 02 | 19 |
| | b. Separation Date This Period | 2005 | 02 | 10 |
| | c. Net Active Service This Period | 0000 | 11 | 22 |
| | d. Total Prior Active Service | 0001 | 11 | 20 |
| | e. Total Prior Inactive Service | 0026 | 06 | 04 |
| | f. Foreign Service | 0000 | 10 | 01 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1987 | 09 | 04 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
ARMY ACHIEVEMENT MEDAL//ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL (5TH AWARD)//ARMED FORCES
EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM
SERVICE MEDAL//HUMANITARIAN SERVICE MEDAL//ARMED FORCES RESERVE MEDAL AND MOBILIZATION//ARMED
FORCES RESERVE MEDAL (2ND AWARD)//ARMY SERVICE RIBBON//COMBAT INFANTRYMAN//CONT IN BLOCK 18.

14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)
NONE//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes X | No |
|---|---|---|

18. REMARKS
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION
PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE
DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//SEPARATED FROM SERVICE ON TEMPORARY RECORDS
AND SOLDIER'S AFFIDAVIT//DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//ITEM 12D
ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED
PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE
DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT
OF OPERATION IRAQI FREEDOM IAW 10 USC 12302//BLOCK 25: ORDERS NUMBER 018-134 , 20040203
//DEPLOYED TO IRAQ DURING THE PERIOD OF 2004/02/29-2004/12/29//CONT FROM BLOCK 13: BADGE
//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO _NC_ DIR OF VET. AFFAIRS | Yes X | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | PATRICIA M BURROWS, SFC, USA, NCOIC DEMOB |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
| RELEASE FROM ACTIVE DUTY | HONORABLE |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
| AR 635-200, CHAP 4 | LBK | NA |
| 28. NARRATIVE REASON FOR SEPARATION | | |
| COMPLETION OF REQUIRED ACTIVE SERVICE | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD | | 30. MEMBER REQUESTS COPY 4 Initials |
| NONE | | |

DD Form 214-AUTOMATED, NOV 88          Previous editions are obsolete.          MEMBER - 4

NORTH CAROLINA
BERTIE COUNTY

Filed this the 28 day of June, 2005 at 4:10 o'clock P. M.

Belinda S. White, Register of Deeds

By Quaice I Wilson, Dep.

Exhibit A
COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION



**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office
Federal Building
251 North Main Street
Winston Salem NC 27155-1000

MAY 1 8 2009



In Reply Refer To:



Dear ████████

We made a decision on your claim for an increase of your service-connected compensation.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## Your Award Amount and Payment Start Date

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason For Change |
|---|---|---|
| $2,760.00 | May 1, 2008 | Individual unemployability granted |
| 2,987.00 | Sep 1, 2008 | ████ added as dependent schoolchild |
| 3,159.00 | Dec 1, 2008 | Cost of living increase |
| 2,919.00 | Jun 1, 2012 | ████ removed as dependent schoolchild |

We are paying you as a veteran with two dependents. Your payment includes an additional amount for your spouse and your child. *Let us know right away if there is any change in the status of your dependents.*

## You Can Expect Payment

Your payment begins the first day of the month following your effective date. You will receive a payment covering the initial amount due under this award, minus any withholdings, in approximately 15 days. Payment will then be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

Exhibit B



2.



## What We Decided

Entitlement to individual unemployability is granted effective April 30, 2008.

We determined that the following service-connected conditions have worsened, so we granted an increase in your assigned percentage:

| Medical Description | Old Percent (%) Assigned | New Percent (%) Assigned | Effective Date |
|---|---|---|---|
| Post-traumatic stress disorder | 50% | 70% | Nov 18, 2008 |
| Traumatic brain injury | 10% | 70% | Dec 17, 2008 |

We determined that the following service-connected conditions haven't changed:

| Medical Description | Percent (%) Assigned |
|---|---|
| Diabetes mellitus (Type II) with erectile dysfunction | 20% |
| Tinnitus | 10% |
| Bilateral hearing loss | 0% |
| Hypertension | 0% |

Basic eligibility to Dependents' Educational Assistance is established from April 30, 2008.

Your overall or combined rating is 80% effective November 18, 2008 and 90% effective December 17, 2008. We do not add the individual percentages of each condition to determine your combined rating. We use a combined rating table that considers the effect from the most serious to the least serious conditions.

We granted entitlement to the 100% rate effective April 30, 2008 because you are unable to work due to your service-connected disabilities and no examination will be scheduled in the future for your permanent and total disabilities.

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered, and the reasons for our decision. Your Rating Decision and this letter constitute our decision based on your claim. It represents all claims we understood to be specifically made, implied, or inferred in that claim.

10-10-D
10-2954C

Exhibit B

3

We enclosed a VA Form 21-8760, Additional Information for Veterans with Service-Connected Permanent and Total Disability, which explains certain factors concerning your benefits.

## How Do You Start Direct Deposit?

Your money may be deposited directly into your checking or savings account. This is the safest and most reliable way to get your money. For more information about Direct Deposit, please call us toll free by dialing 1-877-838-2778.

## Are You Entitled to Additional Benefits?

You may be eligible for medical care by the VA health care system for any service-connected disability. You may apply for medical care or treatment at the nearest medical facility. If you apply in person, present a copy of this letter to the Patient Registration/Eligibility Section. If you apply by writing a letter, include your VA file number and a copy of this letter.

> ### REDUCE OR ELIMINATE
> ### YOUR MEDICAL CO-PAYMENTS
>
> If you receive care at a VA medical facility, **please call our Health Benefits Call Center at 1-877-222-VETS (8387) or notify your local VA medical center** of this change in your compensation benefits. This rating decision may reduce or eliminate your co-payments for your VA-provided medical care. You may also be eligible for a refund based on this rating decision. Information regarding VA health care eligibility and co-payments is available at our website **www.va.gov/healtheligibility**

You may be able to receive vocational rehabilitation employment services. The enclosed VA Form 28-8890, Important Information About Vocational Rehabilitation Benefits, explains this benefit completely. To apply for this benefit, complete and return the enclosed VA Form 28-1900, Disabled Veterans Application for Vocational Rehabilitation.

4



Because of the rating action described in this letter, you may be eligible to have your government life insurance premiums waived. (This doesn't apply if you have Veterans Group Life Insurance [VGLI]). *If your answer is "yes" to all of the following questions,* you should contact the VA Insurance Center at the following toll free telephone number in order to request a "waiver of premiums" on your government life insurance policy. Call 1-800-669-8477.

- Do you have an active government life insurance policy?
- Do you currently pay premiums for your government life insurance policy?
- Are you considered to be unemployable, or are you rated 100% disabled by VA?
- Were you under age 65 when you became unable to work or 100% disabled?

Your dependents may be eligible for Dependents' Educational Assistance. We are enclosing a VA Pamphlet 22-73-3, Summary of Education Benefits, which explains the program. To make a claim, complete and return the enclosed VA Form 22-5490, Application for Survivors' and Dependents' Educational Benefits.

Your dependents may be eligible for benefits under CHAMPVA. CHAMPVA is a health benefits program in which the Department of Veterans Affairs (VA) shares the cost of certain healthcare and supplies with eligible beneficiaries. To be eligible for the CHAMPVA program a dependent must be the spouse or child of a veteran who is permanently and totally disabled from a service-connected disability. The Health Administration Center in Denver, Colorado administers the CHAMPVA program. You should call 1-800-733-8387 if additional information is needed.

You may be entitled to Armed Forces Commissary and Exchange privileges. Honorably discharged veterans evaluated as 100% disabled due to service-connected disability; or, Medal of Honor recipients; or, military retirees and their dependents may qualify for entitlement to this additional benefit.

You should contact your State office of veteran's affairs for information on any tax, license, or fee-related benefits for which you may be eligible as a veteran (or surviving dependent of a veteran). State offices of veteran's affairs are available at http://www.va.gov/statedva.htm.

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

5

## Competency To Handle Funds

We have received information showing that because of your disabilities you may need help in handling your Department of Veterans Affairs (VA) benefits. The information we received from your examiner indicates that you are not capable of managing your benefit payment in your own interest and your wife must manage your finances.

## What We Propose to Do

We propose to rate you incompetent for VA purposes. This means a fiduciary may be appointed to help you manage your VA benefits. Payment of any money due you will be made directly to your fiduciary. This person or institution must use your payments for your benefit and is responsible to VA for their use.

## When and Where To Send the Information or Evidence

Send the information or the evidence to the address at the top of this letter within 60 days from the date of this letter. Please put your full name and VA file number on the evidence. If we don't receive the information or evidence within that time, we will make our decision based only on the evidence we have received.

## How This Decision Could Affect You

A determination of incompetency will prohibit you from purchasing, possessing, receiving, or transporting a firearm or ammunition. If you knowingly violate any prohibition, pursuant to section 924(a)(2) of title 18, United States Code, as implemented by Public Law 103-159 of the Brady Handgun Violence Prevention Act, you may be fined, imprisoned, or both.

If we decide that you are unable to handle your VA funds, you may apply to this regional office for the relief of prohibitions imposed by the Brady Act with regards to the possession, purchase, receipt, or transportation of a firearm. Submit your request to the address at the top of this letter on the enclosed VA Form 21-4138, *Statement in Support of Claim.* VA will determine whether such relief is warranted.

Exhibit B

6

## How to Obtain a Personal Hearing

If you desire a personal hearing to present evidence or argument on any point in your claim, notify this office and we will arrange a time and place for the hearing. If you want, you may bring witnesses and their testimony will be entered in the record. VA will furnish the hearing room and provide hearing officials. VA cannot pay any other expenses of the hearing since a personal hearing is held only on your request.

If, within 30 days from the date of this notice, VA receives your hearing request, we will continue to send payments to you until we have held the hearing and reviewed the testimony.

After 30 days, you may request a hearing, but we will have already decided whether you are able to handle your VA benefit payments as explained earlier in this notice.

## How to Obtain Representation

An accredited representative of a veterans' organization or other service organization recognized by the Secretary of Veterans Affairs may represent you, without charge. An accredited agent or attorney may also represent you. However, under 38 U.S.C. 5904(c), an accredited agent or attorney may only charge you for services performed after the date you file a notice of disagreement. If you desire representation, let us know and we will send you the necessary forms. If you have already designated a representative, no further action is required on your part.

## If You Have Questions or Need Assistance

If you have any questions, you may contact us by telephone, e-mail, or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833. |
| Use the Internet | Send electronic inquiries through the Internet at https://iris.va.gov. |
| Write | Put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. |

7



In all cases, be sure to refer to your VA file number CSS ████ 8196.

If you are looking for general information about benefits and eligibility, you should visit our website at https://www.va.gov, or search the Frequently Asked Questions (FAQs) at https://iris.va.gov.

We sent a copy of this letter to your representative, North Carolina Division of Veterans Affairs, whom you can also contact if you have questions or need assistance.

Sincerely yours,

RONALD S. BURKE JR.
Service Center Manager

Enclosure(s):   Rating Decision
                Vocational Rehabilitation and Employment Information
                VA Form 21-4138
                VA Form 28-1900
                VA Form 28-8890
                VA Form 22-5490
                VA Pamphlet 22-73-3
                VA Form 21-8760
                VA Form 4107

cc:  NC DVA

2111/128/dws

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternatemeans of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION FOB WARHORSE, BAQUBAH, IRAQ | 2. DATE (YYYYMMDD) 2004/06/29 | 3. TIME 0945 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME | | 6. SSN ███████7094 | 7. GRADE/STATUS E-6/SSGT |

8. ORGANIZATION OR ADDRESS
1ST PLATOON, A CO., 1/120TH INF (M)

9.
I, ████████████████, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

During the morning of 20040604 1st plt moved out from FOB Warhorse to secure two bridges in Baqubah, Iraq vic 659339. The OOM was A1-1, A1-4, A1-3 (my vehicle), A6-6, A6-5. As the patrol approached checkpoint 442 insurgents were spotted in and around checkpoint 442 and were engaged by the two lead vehicles. A1-3 continued to scan for other threats. During this time enemy fires had started, and increased in intensity, from various weapons systems. Small arms fire and explosions were observed all around. Fires appeared to be directed at us from all points along the length of the element and were reasonably accurate. During this action the ████████████████ was wounded and the HQ section evacuated him back to FOB Warhorse for treatment. BC A1-3 was also wounded with a shot to the left arm but was able to continue. Once the initial target was destroyed 1st plt continued movement, still under fire, toward the objective. Upon turning East at checkpoint 439 enemy fires again picked up. Dvr A1-3 ████████████ identified positions on top of a building on our left and alerted the rest of the crew and dismounts. Gnr A1-3 ████████████ identified the targets as RPG crews and was ordered to engage by BC. All three Bradleys were heavily engaged and returning fire. Again numerous weapons systems were employed by the enemy, including many RPGs. A1-3 was engaging targets over the left deck (9 o'clock) when an RPG struck the hull to the immediate forward side of the forward troop compartment periscope. The penetrator entered the hull, flash burns and shrapnel injured ████████████████ The penetrator then entered the turret, destroying various electronic systems including turret drive and communications. The penetrator also hit approximately two 25mm HE rounds causing both shells to explode and possibly one of the warheads. This blew the forwarder of the HE ammo can and also damaged the AP forwarder and ammo. The HE ammo can door was blown off and subsequently jammed the turret. The manual elevation handwheel was also blown off. The penetrator then struck ████████████ approximately six inches above his left knee on the inside of his thigh and exited around his left buttock. BC was temporarily blinded and sustained minor shrapnel injuries. Upon regaining vision BC surveyed turret damage and ████████████ injuries. Due to complete loss of commo and and inability to operate the elevation control for the turret A1-3 was a firepower and commo kill. At this time BC communicated by shouting to the dismounts that ██████████ needed to be evacuated immediately. The squad leader ████████████ communicated with the Pl ████████ and the Psg ████████████ via manpack radio to advise them of the situation. Still under fire the plt moved to the objective and setup a perimeter around A1-3. While moving BC attempted to manually rotate the turret back to the 12 o'clock position but the turret jammed on the dislocated HE ammo door The Psg and ████████████ (who suffered a bruised knee when the turret shield door was deformed by explosion), mounted the Bradley to evacuate ████████ through the gnrs hatch. Once evacuated the plt medic ████████ started to work on ████████. At this point the plt was still under fire. When the medic was ready ████████ was loaded onto A1-4 and all dismounts and BC A1-3 (exited turret after ████████████ boarded A1-3 and A1-1. The plt then moved to FOB Gabe.
Nothing further.

*Permanent Retention*

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT ████████ | PAGE 1 OF ___2___ PAGES |
|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

**DA FORM 2823, DEC 1998**     DA FORM 2823, JUL 72, IS OBSOLETE     USAPA V1.00

Exhibit C

P-AHRC-████████ 000078

STATEMENT OF _____ TAKEN AT _____ DATED _____

9.   STATEMENT *(Continued)*

### AFFIDAVIT

I, _____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __1__ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this _____ day of _____ , _____

at _____

_____

_____

_____
*(Signature of Person Administering Oath)*

ORGANIZATION OR ADDRESS

Permanent Retention

_____
*(Typed Name of Person Administering Oath)*

_____

_____

_____
*(Authority To Administer Oaths)*

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT

PAGE 1 OF 1 PAGES

*PAGE 3, DA FORM 2823, DEC 1998*

USAPA 9V1.010

Exhibit C

P-AHRC-____████____000079

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION (Unit of Assignment) | 2. DATE *(YYYYMMDD)* | 3. | 4. |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 7. GRADE/STATUS |
|---|---|

8. ORGANIZATION OR ADDRESS

9.
I, _____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

This is to certify that prior to being asked any additional questions the injury or medical problem I incurred, I was advised that I am not required to make any statement that is against my best interest relating to the origin, incurrence, or aggravation of this problem.  I understand my rights in this matter and I (do not have additional information to provide concerning this incident)_____(voluntary - submit the following statement)_____(decline to submit a statement concerning this incident)_____

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | | PAGE 1 OF          PAGES |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF_____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

**DA FORM 2823, DEC 1998**          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA 9V1.010

Exhibit C

P-AHRC-          000080

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Baqubah, Iraq | 20040624 | 0530 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| | 3671 | E4/SPC |

8. ORGANIZATION OR ADDRESS
A Company 1/120th Infantry (M); 1/6 FA, 1st Infantry Division

9.
I , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 24 June 2004 in the city of Baqubah, Iraq our unit was ambushed and came under heavy attack by a numerically superior force while conducting routine patrols. I was the senior line medic assigned to 1st platoon A Company 1/120th Infantry (M) in this engagement. The reason for this statement is that many of the medical records for the contained casualties have been lost or misplaced during our transition back to the National Guard in North Carolina. And would further like these medical facts and statements to be recognized in their retroactive Purple Heart recommendation as these soldiers that did not receive them due to closed head/ TBI injuries and concussive injuries not being recognized at this time.

During a lull in "The Battle for Baqubah" 2004; I was summoned to an area where I learned several of my comrades had been injured by an RPG breech into their Bradley Fighting Vehicle (BFV). Upon reaching this area the entire crew and dismounts of A1-3 BFV were found to be at varying levels of consciousness, numerous internal injuries and several having sustained shrapnel wounds to various parts of their body.

This BFV A1-3; was Commanded by; he was initially hit by an AK 47 rifle round that penetrated in and out of his arm, and numerous shrapnel wounds to his entire body from the direct and secondary explosion when the RPG breeched this BFV. He was medivaced to the next level of care upon returning to Fob Gabe. Order for the Purple Heart was approved.

Bradley Gunner; had taken a direct hit from this RPG round to the inner thigh exiting out of his buttock and numerous shrapnel wounds as well from the direct and secondary explosion. was medivaced from FOB Gabe to the next level of care and later died from these wounds. Order for Purple Heart approved.

Driver was knocked unconscious for an undetermined amount of time from this direct and secondary blast and regained consciousness shortly thereafter and was later treated for a closed head injury/TBI at FOB Gabe by myself and an unknown Army Physician Assistant (PA). I continued care for for several months as he had received numerous internal injuries from being thrown freely about this armored vehicle in this accident. No award for the Purple Heart was even submitted as a closed head injury/ TBI and major contusions were not authorized at this time.

Dismount Squad Leader was hit by numerous pieces of shrapnel from the RPG breech, he lost consciousness for an undetermined amount of time and was later treated for a closed head injury/TBI. was treated by myself and PA at Fob Gabe as well. No award for the Purple Heart was even submitted as a closed head injury/ TBI were not authorized at this time. has continued care with the Veterans Administration and suffers from chronic headaches, tinnitus and severe PTSD as a result of this concussive injury.

was hit by numerous pieces of shrapnel from the RPG breech, he lost consciousness for an undetermined amount of time and was later treated for a closed head injury/ TBI and was treated by myself and PA at FOB Gabe as well. No award for the Purple Heart was ever submitted as a closed head injury/ TBI were not authorized at this time.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | | PAGE 1 OF   3   PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

**DA FORM 2823, NOV 2006**     PREVIOUS EDITIONS ARE OBSOLETE     APD LC v1.01ES

Exhibit D

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ▮▮▮▮▮▮▮▮▮     TAKEN AT _Slippery Rock_ DATED_ 20160526 _ROTC_

9. STATEMENT  *(Continued)*

▮▮▮▮▮was hit in the leg receiving internal damage from the direct and secondary blast from this RPG and lost consciousness for an undetermined amount of time and was later treated for a closed head/ TBI. He later was forced to jump approximately 12 feet off a BFV when the enemy directed fire at him causing further damage to his leg. ▮▮▮▮▮was medivaced to the next level of care upon returning to FOB Gabe. No award for the Purple Heart was ever submitted as a closed head injury/ TBI and internal damage to his knee were not authorized at this time. SPC Sorenson has received a 10 percent rating for the internal damage to his knee and a 70 percent rating for his PTSD related to a post concussive injury. .

▮▮▮▮▮ took a direct hit to the back of his head from this RPG. He had numerous shrapnel wounds to the back of his head and his neck. When I found SPC Walton he was conscious but had no idea of his surroundings. He was medivaced to the next level of care upon returning to FOB Gabe. Order for the Purple Heart was approved for the numerous shrapnel wounds he received.

▮▮▮▮▮was knocked unconscious from this blast for an undetermined amount of time and was later treated by myself and PA at FOB Gabe for a closed head/ TBI injury. No award for the Purple Heart was ever submitted as a closed head injury/ TBI were not authorized at this time.

▮▮▮▮▮took shrapnel to his eye from this RPG and lost consciousness for an undetermined amount of time. He was medivaced to the next level of medical care upon returning to FOB Gabe. Order for the Purple Heart was approved.

After stabilizing and treating these men previously mentioned under heavy enemy fire, I ordered that the most critically wounded, ▮▮▮▮▮into the back of BFV A 1-4; Commanded by▮▮▮▮▮as he advised me that there were 3 Blackhawk helicopters waiting to evacuate these critically injured patients on FOB Gabe.
Unbeknown to us leaving my Casualty Collection Point, this Anti Iraqi Force (AIF) flanked our position with an expected route of exit. They ambushed us again. That was when our lead BFV A 1-4 came under heavy attack. During this engagement  A 1-4 was hit by approximately 5 RPG's and numerous SPG-9 rounds. With this heavy volley of enemy fire it caused a breech in A 1-4 and blew up an entire crate of 30, M-67 hand grenades and several boxes of ammunition contained and stored in the bezel ring of this BFV. This entire crew and dismounts were knocked unconscious for an undetermined amount of time including me. We sat motionless in this ambush zone and kept taking SPG 9 rounds until A 1-3 driven by▮▮▮▮▮used his BFV to push us out of this ambush zone. The driver of A 1-4▮▮▮▮▮was the first soldier to regain consciousness. He immediately continued driving out of this ambush.▮▮▮▮▮in the back of the BFV A 1-4 was the 2nd soldier to regain consciousness. Seeing that everyone else was unconscious he immediately started to revive me. I remember being awoke by▮▮▮▮▮by him striking me in the back of the head and back and forcing my face out of a hatch to get me air. I recall seeing AIF small arms fire hitting just out of this hatch and then knew where I was▮▮▮▮▮then went to▮▮▮▮▮to revive him while I entered the turret of this BFV to revive the gunner▮▮▮▮▮and▮▮▮▮▮I passed over▮▮▮▮▮as I thought he was dead and I proceeded to extinguish ▮▮▮▮▮as his clothes were on fire. I awoke ▮▮▮▮▮from his unconscious state. Upon realizing we had been hit bad and were still taking enemy fire. He grabbed ahold of this critically injured gunner▮▮▮▮▮and I remember being surprised that▮▮▮▮▮was moving, as I had passed him over. After myself and ▮▮▮▮▮had revived everyone we went back to work on▮▮▮▮▮that had stopped breathing at this point. I had▮▮▮▮▮use my bag valve mask to breath for ▮▮▮▮▮ while I started 2 more large bore IV's, I believe that when I was knocked unconscious from this blast and was thrown about this BFV, the 2 large bore IVs, I had started on the Battlefield had been ripped out of his arm. We were able to get▮▮▮▮▮breathing again. When we finally got to FOB Gabe where the Blackhawks were waiting we could not exit our BFV until it was extinguished as there were still several boxes of ammunition still on fire.
Bradley Commander,▮▮▮▮▮took numerous shrapnel wounds, burns to his arms and face, and was treated for a closed head injury/TBI by myself and PA on FOB Gabe. Order for the Purple Heart was approved.
Bradley Gunner,▮▮▮▮▮was severely burned and took a countless numbers of shrapnel wounds to his back and body. He was evacuated to the next level of care. Order for Purple Heart was approved.
Driver▮▮▮▮▮was knocked unconscious for an undetermined amount of time and was treated by myself and PA on FOB Gabe for a closed head/ TBI. No award for the Purple Heart was ever submitted as a closed head injury/ TBI were not authorized at this time.
Dismount Squad Leader,▮▮▮▮▮was knocked unconscious for an undetermined amount of time and revived by▮▮▮▮▮and was later treated by myself and PA on FOB Gabe for a closed head/TBI.  No award for the Purple Heart was ever submitted as a closed head injury/ TBI were not authorized at this time.
▮▮▮▮▮was knocked out for an undetermined amount of time and was treated by myself and PA on FOB Gabe for a close

▮▮▮▮▮ MAKING STATEMENT

PAGE  2  OF  3  PAGES

APD LC v1.01ES

Exhibit D

STATEMENT OF ▮▮▮▮▮▮▮▮▮▮▮    TAKEN AT *Slippery Rock*    DATED    20160526
                                                *ROTC*

**9. STATEMENT** *(Continued)*
head/ TBI. I recall ▮▮▮▮▮ loosing vision in one of his eyes from this blast for several hours. No award for the Purple Heart was ever submitted as a closed head injury/ TBI were not authorized at this time.
▮▮▮▮▮ was struck in the right hand and back of neck by shrapnel from the secondary explosion and was knocked unconscious for an undetermined amount of time. He was later treated for a closed head/ TBI by the PA and aide teams on FOB Gabe. No award for the Purple Heart was ever submitted as a closed head injury/ TBI were not authorized at this time.
▮▮▮▮▮ as previously mentioned was immediately evacuated from FOB Gabe and later died from these wounds.
Simultaneously, to A 1-4 being hit exiting this CCP, BFV A 1-1 Commanded by ▮▮▮▮▮ took a direct hit to the drivers hatch of his BFV. The only injured soldier within this BFV was ▮▮▮▮▮ He was knocked unconscious for an undetermined amount of time and was revived by ▮▮▮▮▮ and ▮▮▮▮▮ He was later treated by myself and the PA on FOB Gabe for a closed head/TBI injury. No award for the Purple Heart was ever submitted as a closed head injury/ TBI were not authorized at this time.
Upon exiting A 1-4 at Fob Gabe, I was met by several aide teams as a MASCAL had been activated. I assisted the best I could, considering my condition.
The Physician Assistant on FOB Gabe issued a 2 day medical stand down as a minimum for all the soldiers with closed head injuries and several of these soldiers received even longer profiles that will be explained in each of their statements.
I continued for several months with the soldiers that did get returned to duty to treat them for their concussive injuries that day. Several of these soldiers experience long term affects from this day in combat including myself that will be contained in a separate statement.
All of these soldiers contained within sustained varying degrees of closed head/TBI's and internal damage from this direct and secondary explosions caused by the enemies action. There were no Standard Operating Procedures in place at this time to determine the degree of concussion or TBI sustained and several of these soldiers were treated subjectively for months and even years afterward. It is my belief that all of the soldiers contained herein that did not receive The Order of the Purple Heart now retroactively meet all the criteria to receive this entitlement.

**AFFIDAVIT**

I, ▮▮▮▮▮▮▮▮▮▮▮ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE  3  . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____ (Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this  26  day of  May  , 201 6
at _____

ORGANIZATION OR ADDRESS

_____
_____

ORGANIZATION OR ADDRESS                    (Signature of Person Administering Oath)

INIT▮▮▮▮ N MAKING STATEMENT

| | | | | |
|---|---|---|---|---|
| PAGE | 3 | OF | 3 | PAGES |

*DA FORM 2823, NOV 2006*                                        APD LC v1.01ES

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*.

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION FOB WARHORSE, BAQUBAH, IRAQ | 2. DATE *(YYYYMMDD)* 2004/06/29 | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME FIRST NAME MIDDLE NAME | 6. SSN ████ 7228 | | 7. GRADE/STATUS E-4/SPC |

**8. ORGANIZATION OR ADDRESS**
1ST PLATOON, A CO., 1/120TH INF (M)

**9.**

I, _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On the morning of 24JUN06, I was awaken by ████████ Saying everyone up got move out to the Bradleys. Around 0600 was are SP time. Myself and the rest of 1st squad jumped on A13 ████ vehicle. As we headed to the city of Baqubah, I could hear small arms fire hitting the side of the Bradley. As we got to CP442 I could hear on the loud speaker ████████ calling out targets. As this was going on I heard ████████ saying he hit in his left arm. At that time we started moving towards are 2nd CP439. After a few minutes we came to a full stop and I could hear our Bradley firing. As this was going on I was sitting in the right hand corner of the Vehicle. As a series of shots fired from our BFV. We started moving once more. As we moved for minutes we started fire once more. As this was going I was sitting in the back of the vehicle when I heard a loud boom and saw smoke and little flash. I felt a dull pain in my right knee. But I was more worried about ████████ and ████████ who were hit from the blast. At this time I was trying to calm them two down knowing I was hit also. At this time I could hear ████████ yelling ████████ was hit bad and needed to get medevac out of there. As we got to our safe area we drop the ramp to the BFV. At this time me as a combat life saver I jumped on top of A13 to help ████████ get ████████ out of the Bradley. At this time we started taking small arms fire from a truck that stopped next to us. Then I could hear mg fire from M16 fire from ████████ and ████████. At that time I jumped down took cover. When the shooting stopped I jumped back on top of the Bradley to help finish help getting ████████. As we got him out my self and ████████ passed him down to the doc. I got down off the Bradley and took myy post on line to help give cover to the rest of the Platoon. As I got down on line I could feel the pain in my knee getting worse. At that point a black car pulled up and started to move towards us. At that point I was ordered to open fire on the vehicle by ████████ due to the there were no friendlies in the area. At that time the car bugged out at th point I took a position and gave cover to the 12 o'clock of the down Bradleys. After a few minutes I was told to mount up, that we were heading to FOB Gabe. Once got to FOB Gabe I was taken to the aid station for my left hand and right knee.
Nothing Further.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT ████ | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1.00

Exhibit E

STATEMENT OF ███████████ _____ TAKEN AT FOB WARHORSE _____ DATED 2004/06/29

9. STATEMENT *(Continued)*

## AFFIDAVIT

I, ███████████ _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __1__. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE OR UNLAWFUL INDUCEMENT.

*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 29TH day of JUNE , 2004
at FOB WARHORSE

INITIALS OF PERSON MAKING STATEMENT

PAGE 2 OF 2 PAGES

PAGE 3, DA FORM 2823, DEC 1998

USAPA V1.00

PERMANENT RETENTION

Exhibit E



# 1st BATTALION, 6th FIELD ARTILLERY

## OPERATION IRAQI FREEDOM II



BAQUBAH, IRAQ

### ANNEX C TO ENCLOSURE 3 TO TASK FORCE 1-6 FIELD ARTILLERY VALOROUS UNIT AWARD

# SUMMER UPRISING

## (AIF OFFENSIVE - 24 JUN 04)

On 24 June 2004, an estimated 100 insurgents occupied ambush locations within Baqubah. Insurgents attacked a Task Force 1-6 Field Artillery combat patrol conducting an IED sweep. This proved to be the initiating event of the second complex attempt by insurgents to regain control of Baqubah. The task force had quickly reinforced coalition strong points, conducted a hasty attack, fired nine indirect, close support and counter-fire missions, and employed close air support against known insurgent strong points. These actions allowed the Task Force to regain the initiative and defeat the uprising.

**OPERATIONAL FOCUS DURING THE SUMMER UPRISING**



Exhibit F



Dismount Sniper Team

STEP 1:  24 0030 JUN 04, Punisher 46 (3/C/2-2) sniper team and dismount squad establish sniper position MC 67329 32195.

STEP 2:  24 0221 JUN 04, sniper team engages 2 x AIF personnel digging and carrying weapons and a box along the road.  Result: 2 x EKIA.

Exhibit F



2/C/1-6

2/C/1-6

STEP 6: 24 0530 - 0545 JUN 04 All
three fixed sites in the Green Zone
report a form of contact.

Governor's Building (Blue Dome)
receives SAF and RPG from the west.

CMOC reports hearing explosions 300
west and another one 100m north.

Diyala Police station reports mortar
impacts and 8-12 RPGs fired at the
station

293   MP



STEP 3: 24 0525 JUN 04 Wolverine (A/1-120) MSR IED sweep encounters multiple IEDs moving towards Mufrek circle.



442 Blue/A/120

STEP 4: 24 0535 Jun 04 SAF
and RPGs complemented by
IEDs continue to hit Blue/A/1-
120. During the fighting taking
place IVO CP 442, the A/1-120
commander, receives a fatal
wound (DOW at FOB Warhorse).
3 x soldiers are WIA during the
engagement with the enemy.

Red/A/120

STEP 5: 24 0540 Jun 04 Wolverine Red
(A/1-120) moves to secure the Twin
Bridges as TF 1-6 begins to execute
Centaur Rage IOT lockdown the
Baqubah Green Zone. However, as he
moves to Mufrek, he continually receives
SAF and RPG fire. Estimate 6 x EKIA in
this action.



Red/C/120

435

Red/C/120

Red/C/120

STEP 7:  26 0600 JUN 04, Wolverine Red struggles to get around the Mufrek Circle running a gauntlet of SAF and SPG-9.  It appears that the insurgents occupied strongpoint in the Baqubah Civic Center. Very accurate AIF shooting.

Exhibit F



STEP 8: Legion receives SAF and SPG 9 fire and moves north between university and soccer stadium. Legion moves east encountering 2 x IEDs. Both Bradley's are NMC for firepower, but can proceed to FOB Gabe for maintenance.

Legion/ F/4

Red/C/120

STEP 9: 24 0710 JUN 04 Wolverine Red runs one more gauntlet past the stadium. AIF strongpoints at the Trade School south and buildings to the north. Heavy volley fire from AIF forces



STEP 10: 24 0830 JUN 04, JCC reports Mufrek police station MC 635 335 seized by AIF.

Note: Between the two police stations approximately 140 x AK-47 and approximately 30,000 – 40,000 in 7.62mm ammunition. Additionally, AIF elements could be utilizing IPF uniforms and vehicles. At least 1 x Police truck unaccounted for at this time.

STEP 10: 24 0830 JUN 04, JCC reports Buhriz police station MC 674 305 seized by AIF. Police station pillaged and set on fire.

Exhibit F



STEP 11: 24 0930 JUN 04, Centaur X-ray through use of the RAVEN UAV to PID AIF elements has fixed wing aircraft conduct 4 x 500 LBG strikes on eastern AIF strongpoints IVO Baqubah stadium.



STEP 12: 24 1035 B6, ICE, Punisher/1-6 elements move to clear and occupy IVO Soccer Stadium. Engagements continue north and south of HWY 5. Estimate 10 x EKIA during the fighting. TF 1-6 utilizes SUAV Raven to view the operations.

Overall, TF 1-6 engaged and killed 25 enemy insurgents (confirmed). This attack was staged along key routes and choke points. IEDs were also positioned in kill zones along key routes and were used to great effect by enemy insurgents as part of complex attacks. Indirect fire was used sporadically throughout the day by AIF but was ineffective. The lethality and accuracy of the enemy further indicates that they may have been fighters from outside Baqubah. The estimated total enemy insurgents that conducted the attack is about 100. Friendly casualties included 2 KIA and 10 WIA. All but one Bradley damaged in the initial engagements were mission capable.

3/C/1-6

1/B/1-6

ICE 6

STEP 13: 24 1100 JUN 04, TF 1-6 passes 3/C and 1/B through to reinforce the Governor's building and CMOC.

Exhibit F