UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZACHARY CARL ROTH,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN**,<br><br>Defendant. | Case No. 1:19-cv-02179 (TNM) |

## ORDER

Before the Court is Plaintiffs' motion for default judgment. *See* ECF No. 43. In a recent status conference, the Court identified several issues with Plaintiffs' evidence that required additional testimony from Plaintiffs' expert, Michael Pregent. Plaintiffs' counsel indicated his desire to supplement the record with new evidence from Mr. Pregent in an evidentiary hearing. The Court scheduled the hearing for February 16, 2022.

A week later, Plaintiffs filed a motion to continue the evidentiary hearing because Mr. Pregent needs additional time to prepare. *See* Mot. to Continue Hearing, ECF No. 87. However, Mr. Pregent is not available anytime soon. *See id.* ¶ 8. Plaintiffs also indicate a desire to provide additional materials in support of their effort to obtain default judgment. The Court will therefore deny the motion for default judgment without prejudice. Plaintiffs must file their new default judgment motion along with any relevant supporting documentation on or before May 2, 2022.

For the foregoing reasons, it is hereby

**ORDERED** that Plaintiffs' [43] Motion for Default Judgment is DENIED WITHOUT PREJUDICE to Plaintiffs refiling on or before May 2, 2022; and it is also

2

**ORDERED** that Plaintiffs' [50] Motion to Appoint a Special Master and [87] Motion to Continue Hearing are DENIED as moot.

**SO ORDERED**.

Dated: February 7, 2022

TREVOR N. McFADDEN
United States District Judge