UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZACHARY CARL ROTH, SR. et al,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

    Defendant.

Case No. 1:19-cv-02179

### PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT REGARDING LIABILITY

Pursuant to FRCP 55(b)(2) and 28 U.S.C. § 1608(e), Plaintiffs hereby move for default findings regarding Defendant's liability.  In support, Plaintiffs state:

1.　On March 20, 2020, Plaintiffs filed their Third Amended Complaint seeking damages for their injuries, including solatium damages for family members.  [Doc. #27.]

2.　On October 5, 2020, Plaintiffs effected service of process on Defendant.  [Doc. #37.]

3.　Despite being properly served, Defendant has elected not to respond or otherwise participate in this Case.

4.　On December 9, 2020, the Clerk entered an Entry of Default in this case.  [Doc. #39.].

5.　On April 21, 2022, Plaintiffs filed their original Motion for Default Judgment Regarding Liability and supporting evidence. [Docs. ##44-45, 54-86].

6.　On February 7, 2022, this Court entered an order denying Plaintiffs' Motion for Default Judgment without prejudice, and providing Plaintiffs' leave to file this Renewed Motion for Default Judgment by May 16, 2022. [Doc. #88 and 4/22/22 Minute Order].

7.     Evidence regarding Plaintiffs' right to relief against Defendant was attached to Plaintiffs' April 12, 2021 Motion and Memorandum in Support of Default Judgment Regarding Liability as Exhibits 1-8, 10-22, 24-35 [Docs. ##43, 45, 54-86].

8.     Additional evidence has been filed with Plaintiffs' Renewed Memorandum In Support of Default Judgment which includes Attachment B, the report and declaration of Michael Pregent and amended declarations, Exhibits 4a and 17a which is incorporated herein by reference.

9.     Pursuant to Federal Rule of Evidence 201, Plaintiffs request that this Court take judicial notice of the facts involving Defendant's activities in Iraq and the Middle East. *See, e.g., Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48 (D.D.C. 2018); *Frost v. Islamic Republic of Iran*, 383 F. Supp. 3d 33 (D.D.C. 2019); *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019); *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117 (D.D.C. 2019); *Karcher*, CV 16-232 (CKK), 2021 WL 133507 (D.D.C. Jan. 14, 2021); *Lee v. Islamic Republic of Iran*, 19-CV-00830 (APM), 2021 WL 325958 (D.D.C. Feb. 1, 2021).

10.    Upon entry of default judgment regarding liability, Plaintiffs will submit evidence of their damages and request entry of a default judgment on all issues.

WHEREFORE, Plaintiffs request that this Court find satisfactory evidence of Defendant's liability, enter default findings regarding Defendant's liability, proceed as soon as practicable to determine Plaintiffs' damages, enter a judgment for Plaintiffs and against Defendant, and grant Plaintiffs such other relief as this Court deems just and proper.

DATED: May 16, 2022.                    Respectfully submitted,


                                        By: /s/ Bradley M. Lakin
                                            Bradley M. Lakin DC Bar No. AZ0019
                                            bradl@championsfortheinjured.com

SL CHAPMAN LLC
10805 Sunset Office Drive, Suite 300
St. Louis, MO 63127
314.588.9300
314.588.9302 fax