**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ZACHARY CARL ROTH, SR.  et al,

      Plaintiffs,

v.                                                                      Case No. 1:19-cv-02179

ISLAMIC REPUBLIC OF IRAN,

      Defendant.

**AMENDED EXPERT REPORT OF MICHAEL PREGENT**

**QUALIFICATIONS AND INTRODUCTION**

1. My full name is Michael Pregent.  I am a former intelligence officer with over 30 years of experience working in the fields of security, terrorism, counterinsurgency, and policy issues in the Middle East, North Africa, and Southwest Asia.

2. I have testified in five cases about Iran's material support of terrorist activities. *Pennington v. Islamic Republic of Iran*, No. CV 19-796 (JEB), 2022 WL 168261 (D.D.C. Jan. 19, 2022); *Lee v. Islamic Republic of Iran*, 518 F. Supp. 3d 475 (D.D.C. 2021); *Karcher*, CV 16-232 (CKK), 2021 WL 133507, at *1 (D.D.C. Jan. 14, 2021); *Frost v. Islamic Republic of Iran*, 383 F. Supp. 3d 33 (D.D.C. 2019); and *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117 (D.D.C. 2019).

3. Based upon my knowledge, research, and methodology on April 8, 2021, I submitted a report with my opinions regarding the attacks in this case.

4. As the number of attacks that I review increases, so do the bases for my conclusions and attributions of specific attacks.  The attribution of a specific attack involves one (or more) of the following markers, i.e., location, time, dominant terrorist group, TTP (tactics, techniques,

1

ATTACHMENT B

and procedures), intelligence reports, munitions, weapon seizures, significant activity reports, etc.

5.  Since my initial report in this matter, I have continued to work on numerous cases involving terrorists' attacks that resulted from Iran's material support.  Based upon that work, there is additional information available that provides a further basis for my opinions in this matter.

6.  In late January 2022, I learned that the Court requested a hearing about the attacks at issue and I requested additional time to supplement the bases for my opinions from that additional work since my first declaration.[1]

7.  I receive a fee in the amount of $300 per hour for the professional time spent on this investigation, report, and testimony.  I do not have any connections or relationships, whether professional or personal, with any of the parties or the witnesses in this hearing/trial, that prevent me from giving impartial testimony.

**EXPERTISE ON AFGHANISTAN**

8.  I served as an intelligence officer at CENTCOM in 2001 where I specifically looked at the Taliban and al-Qaeda and brief senior leadership.

9.  In 2002, I served as a Company Commander in Afghanistan at the height of the U.S. focus on al-Qaeda, the Taliban, and the Haqqani group.

10. From 2006 to 2010, I was deployed to Iraq to focus on Iran's support to the Sunni insurgency, Iran's penetration of Iraq's security apparatus, and IRGC-QF direct control of Iraqi Shia militias.

---

[1] During this period of additional time, I received and reviewed additional information from Counsel for Plaintiffs, that they obtained from QRF, a consulting firm with military and intelligence consultants.  This supplemental information on certain attacks included pre-redacted WikiLeaks reports, which assisted me in verifying and disqualifying attacks and attributions.  See p. 72 and 103 below.

ATTACHMENT B

11. From 2011 to 2013, I worked on assessing Pakistan and Iran's lethal aid to the Taliban, specifically looking at the IRGC-QF and MOIS support to al-Qaeda and the Taliban.

## FOCUS ON IRAQ INSURGENCY

12. Between 2006 and 2011, I worked as a Subject Matter Expert on Malign Iranian Influence in Iraq and reported on the sectarian activity I observed as a policy advisor in PM Maliki's extra-constitutional Office of the Commander-in-Chief - an office set up to ensure Iranian-backed Shia militia party control of Iraq's security and political process – and as a Defense Intelligence Agency (DIA) contracted Subject Matter Expert (SME) on The Sunni Insurgency and IRGC-backed militias in Iraq.

13. I served two tours as a member of the Force Strategic Engagement Cell or (FSEC), an organization set up to deal with the Sunni insurgency and curb Iran's growing influence within the Government of Iraq.

14. I am an expert on IRGC-QF militias in Iraq and the Sunni Insurgency in Iraq.

15. I served five tours in Iraq from 2005 to 2010.

16. As an SME, I prepared analysts, U.S. State Department Officers, and coalition general officers for detainee questioning of Qays Khazali of the Shia Militia Group, Asaib Ahl al-Haqq ("AAH"), and DaqDuq of Hezbollah.

17. I put together the arguments against their release --- a "no vote" --- with the warning that each had "American blood on his hands and will return to violence."

18. I worked on identifying Iran's support for and direction of IRGC and Q- backed Shia Militias and Sunni groups in Iraq to target Americans.  I was an SME for the Multi-National Forces-

ATTACHMENT B

Iraq ("MNF-I") and United States Forces- Iraq ("USF-I") on the IRGC-QF, Kataib Hezbollah ("KH", AAH, Badr Organization, and Jaysh al-Mahdi ("JAM") "Special Groups."

19. I have firsthand intelligence knowledge of AAH Leader, Qays Khazali, Lebanese Hezbollah operative, DaqDuq, JAM Special Group, Sheibani's Network, JAM Special Group leader, Abu Dura, IRGC-QF Commander, Qassem Soleimani, Badr Organization Commander, Hadi al-Ameri, and the KH Leader, Abu Mehdi al-Muhandis.

20. While at CENTCOM, I served on a team looking at the captured documents from the Osama Bin Laden raid in Abbottabad Pakistan.  My focus was to find Iran – al-Qaeda connections. The documents revealed an on-going and long-standing relationship with al-Qaeda.

21. I was brought on as an expert at the National Defense University in 2014 at the request of then-Army Chief of Staff, General Ray Odierno, to contribute to the Department of the Army's History of the Iraq War.

22. I provided inputs on Malign Iranian influence in Iraq to include IRGC-QF training, arming, funding, and directing Iraqi Shia Militias to target Americans; and IRGC-QF lethal aid and facilitation of foreign fighters to al-Qaeda and its affiliates to target Americans and bog down "FIX" American forces in Sunni areas.

23. I am currently a Senior Fellow at Hudson Institute.  I am a Senior Middle East analyst, a former adjunct lecturer for the College of International Security Affairs ("CISA"), and former visiting fellow at the Institute for National Strategic Studies ("INSS") at the National Defense University.

## EXPERTISE ON IRAN IN IRAQ, SYRIA, AND AFGHANISTAN

24. General Qassem Soleimani's own words to General David Petraeus in 2008, "Dear General Petraeus," the text read, "you should know that I, Qassem Soleimani, control the policy for

ATTACHMENT B

Iran with respect to Iraq, Lebanon, Gaza and Afghanistan.  And indeed, the ambassador in Baghdad is a Quds Force member.  The individual who's going to replace him is a Quds Force member." [2]

25. The methodology which was used in the writing of this Report is drawn from experience in Iraq working specifically on Iran's IRGC-QF and their proxy Militias in Iraq, as well as from my years as an intelligence officer for the U.S. Military and as a contracted SME with the DIA, where I focused on subjects which were related to terrorism in general, al-Qaeda and the Taliban in Afghanistan, the Sunni insurgency in Iraq, and IRGC-QF and Lebanese Hezbollah support to Shia Militias in Iraq and Sunni groups in particular.  As part of my research on IRGC-QF proxies in Iraq, I visit Iraq and the region to gauge Iran's increasing influence in Iraq and the broader Middle East and North Africa.

26. I have prepared Military and State Department senior officials for their interviews with detained IRGC-QF proxy Militia members responsible for the deaths of Americans.  I have accompanied them during these interviews to keep the line of questioning on track and to write the reports from the interviews with well-known militia leaders and operatives like Qays and Laith Khazali, and Lebanese Hezbollah operative, Musa DaqDuq.

27. I was in Iraq during the majority of IRGC-QF- and Lebanese Hezbollah- directed attacks on American forces during the period relevant to the Soldiers involved in this case, that is, from 2005 through 2010, and I continued to work on Iraq security issues at the Defense Intelligence Agency until 2011.

28. I was privy to the intelligence and had access to detainees involved in these attacks.  I was there when the U.S. Armed Forces voted "no" to releasing IRGC-linked Militia personnel

---

[2] Blake, Aaron, "When the United States and Qasem Soleimani worked together", The Washington Post, January 3, 2020. https://www.washingtonpost.com/politics/2020/01/03/when-united-states-qasem-soleimani-worked-together/

ATTACHMENT B

responsible for the deaths and maiming of Americans from U.S. detention centers.  I was in the meetings when the USF-I Commander decided to release the Khazali brothers in a reconciliation effort that failed.

29. I was privy to the evidence of their involvement in the deaths of Americans from kidnapping and executions to the use of Explosively Formed Penetrators ("EFPs"), indirect-fire ("IDF") mortars and rockets, direct-fire ambushes ("DF"), complex ambushes, improvised-rocket-assisted-munitions ("IRAMs"), and improvised explosive devices ("IEDs").

30. The breadth of Iran's reach into the Iraqi intelligence and security apparatus facilitated Militia integration and operational capability within the ministries and the security forces. This reach allowed Militias to pattern U.S. Coalition movements and plan effective attacks against U.S. forces.

31. The level of IRGC-QF-backed Militia infiltration in Iraq's ministries allowed these groups to use U.S.-purchased SUVs, ministry uniforms, and official documents authorizing travel and the detention of Iraqis throughout areas strategic to Iran.  It was no surprise that JAM Special Groups, AAH, and KH were able to use U.S. transferred SUVs to Iraq's Ministry of the Interior and Ministry of Health to move through checkpoints and pose as official security forces as they surveilled and attacked Americans in Iraq.

32. IRGC-QF-backed and Lebanese Hezbollah-trained Militias could move freely through U.S. Areas of Responsibility ("AOR") where most of these attacks in question occurred.

33. The Shia Militias had their AOR and those areas overlayed the attacks against Americans they were responsible for.

6

ATTACHMENT B

34. The Badr Organization dominated Iraq's ministries and the intelligence and security apparatus.  Badr's officer corps dominated the officer ranks of the Iraqi Security Forces while Jaysh al-Mahdi ("JAM") personnel filled the enlisted ranks.

35. Both groups had likeminded strategies in Baghdad:  protect and expand Shia zones of influence while reshaping the demographics of Baghdad, Diyala, and Salah-ad-Din.

### THE IRGC-HEZBOLLAH CONNECTION TO AL-QAEDA

36. Before the 9-11 attacks, al-Qaeda developed a relationship with Iran's premiere proxy in the Middle East – Lebanese Hezbollah.  Hezbollah organized and supported numerous IRGC-directed terrorist attacks for the benefit of Islamic Republic of Iran.

37. Senior al-Qaeda leadership met with the mastermind Hezbollah terrorist responsible for the Marine Barracks bombing in Lebanon.  Al-Qaeda leadership wanted to learn Lebanese Hezbollah tactics and techniques and Hezbollah trained al-Qaeda operatives on IEDs, suicide bombings, and complex attacks and ambushes – the same tactics al-Qaeda would use in Iraq against U.S. forces.

38. In 1991, Ayman al Zawahiri, one of the top leaders of al Qaeda, made a secret visit to Iran to ask for help in al Qaeda's campaign to overthrow the government of Egypt.[3]  While in Iran, al Zawahiri met with Imad Mughniyah ("Mughniyah").[4] At the time of the meetings, Mughniyah was the terrorist operations chief of Hezbollah.  Mughniyah was acting as an agent of the Iranian state, where he lived for many years as he coordinated high profile terrorist attacks around the globe.

---

[3] *Havlish v. bin Laden, 03cv9848 (GBD) (FM)*
[4] *Id.*

ATTACHMENT B

39. During these meetings, Mughniyah convinced al Zawahiri and al Qaeda of the power of suicide bombing.[5] This was a change in mindset for al Qaeda because suicide was prohibited by most Islamic clerics, but Mughniyah justified it as an appropriate act of a jihad warrior.

40. In 1993, at a meeting in Khartoum, Sudan, Osama bin Laden and Ayman al Zawahiri met with Mughniyah and other Iranian officials, including IRGC General Mohammed Baqr Zolqadr, to work on details of a terrorism alliance.[6]

41. Following the meeting, bin Laden sent more terrorist operatives to Hezbollah training camps operated by Mughniyah and the IRGC both in Lebanon and Iran.  At these camps, Hezbollah instructors provided al Qaeda operatives, as well as members of various other Islamic terrorist organizations, with training in intelligence and security and in the building of explosive devices.[7]

42. This terrorist training camp arrangement continued throughout the 1990s with Mughniyah coordinating the activities with Iranian government officials and the IRGC-QF.  At all times, Iran's Supreme Leader was aware of the Iran – Hezbollah terrorist training program and approved of the same.[8]

43. According to the 9/11 Commission Report, "senior al Qaeda operatives and trainers traveled to Iran to receive training in explosives," while others "received advice and training from Hezbollah" in Lebanon.[9]

---

[5] *Id.* at 112.
[6] *Id*.
[7] *Id*.
[8] *Id*.

[9] Joscelyn, Thomas, "The Al Qaeda-Iran Connection" August 8 2018, The Weekly Standard.
https://www.fdd.org/analysis/2018/08/08/the-al-qaeda-iran-connection/

ATTACHMENT B

44. Documents captured from the 2010 Abbottabad raid included 19-page record citing negotiations between the IRGC and al-Qaeda to fund and arm the Sunni terror group to target Americans in Iraq and Afghanistan.[10]

45. In 1995, Soleimani approved, and his Qods Force facilitated training for al-Qaeda operatives at Lebanese training camps.  The training focused on building stronger IEDs and shape charges that would be used in Afghanistan and Iraq.[11]

46. Abu Musab al-Zarqawi was in Iran in 2002 with senior al-Qaeda leaders to meet with the IRGC- QF handlers.  In March 2003, Soleimani's Quds Force freed many of the Sunni jihadists that Iran had been holding captive, unleashing them against the U.S.[12]

47. And In 2003, the IRGC-QF provided Zarqawi and his fighters funds and weapons and facilitated Zarqawi's entry into the bordering Iraqi Kurdistan and onto Baghdad to attack U.S. forces.[13]

48. Zarqawi and his Tawhid wal-Jihad (Monotheism and Holy War) initiate mass casualty attacks against the Iraqi population and complex attacks against the U.S.-led Coalition.

49. Zarqawi established his group to attract former Saddam regime fighters and foreign fighters moving into Iraq from Syria.

---

[10] Levy, Adrian and Scott-Clark, Cathy, "Al-Qaeda Has Rebuilt Itself – With Iran's Help" *The Atlantic*, November 11, 2017. https://www.theatlantic.com/international/archive/2017/11/al-qaeda-iran-cia/545576/

[11] *Id.*

[12] Sadjadpour, Karim. "The Sinister Genius of Qassem Soleimani" The Wall Street Journal, January 10, 2020. https://www.wsj.com/articles/the-sinister-genius-of-qassem-soleimani-11578681560

[13] Levy, Adrian and Scott-Clark, Cathy, "Al-Qaeda Has Rebuilt Itself – With Iran's Help" *The Atlantic*, November 11, 2017. https://www.theatlantic.com/international/archive/2017/11/al-qaeda-iran-cia/545576/

ATTACHMENT B

50. In November of 2003, Osama Bin Ladin begins sending 1.5 million dollars a month to the Iraqi Insurgency and identifies Zarqawi as al-Qaeda's man on the ground.[14]

## U.S. DESIGNATIONS REVEAL IRAN - AL-QAEDA RELATIONSHIP

51. On 28 July 2011, a U.S. Treasury designation revealed the extensive relationship between al-Qaeda and Iran, citing the importance of Iranian finance and recruitment facilitation.  The designation cites Iran as a transit point for moving money, arms, and fighters to Pakistan and Afghanistan.  Iran borders Afghanistan, Pakistan, and Iraq.[15]

52. On 16 February 2012, U.S. Treasury Designates Iranian Ministry of Intelligence and Security for support to Al-Qaeda.  "MOIS has facilitated the movement of al Qaeda operatives in Iran and provided them with documents, identification cards, and passports.  MOIS also provided money and weapons to al Qa'ida in Iraq (AQI)... and negotiated prisoner releases of AQI operatives."[16]

53. On 18 October 2012, the U.S. Department of the Treasury, issued a press release titled, "Treasury Further Exposes Iran-Based Al-Qaeda Network", stating "'Today's action, which builds on our action from July 2011, further exposes al-Qaeda's critically important Iran-

---

[14] Strategic Studies Institute and U.S. Army War College Press, "The U.S. Army In The Iraq War Volume 1 (Invasion, Insurgency, Civil War) 2003-2006", January 2019. https://digitalcommons.usmalibrary.org/cgi/viewcontent.cgi?article=1018&context=books

[15] U.S. Treasury Department, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point", July 28, 2011. https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx

[16] U.S. Treasury Department, "Treasury designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and support for Terrorism", February 16, 2012. https://www.treasury.gov/press-center/press-releases/Pages/tg1424.aspx

ATTACHMENT B

based funding and facilitation network,' said Under Secretary for Terrorism and Financial Intelligence, David S. Cohen.  'We will continue targeting this crucial source of al-Qaeda's funding and support, as well as highlight Iran's ongoing complicity in this network's operation.'" [17]  The release went on to state, "In addition to providing funding for al-Qaeda activities in Afghanistan and Pakistan, this network is working to move fighters and money through Turkey to support al-Qaeda-affiliated elements in Syria.  Al-Fadhli also is leveraging his extensive network of Kuwaiti jihadist donors to send money to Syria via Turkey." [18]

**SYRIAN INTELLIGENCE MOVED AL-QAEDA FIGHTERS INTO IRAQ**

54. The Assad regime depends on Lebanese Hezbollah and the Islamic Republic to keep him in power.  Iran needs Iraq and Syria to be part of its "Shia Crescent" along with Lebanon to be able to move fighters and weapons into the Levant to threaten Israeli and American interests in the region.  Assad is still in his position because of Lebanese Hezbollah and the Islamic Republic of Iran.

55. Throughout the Iraq War, Syrian intelligence officers facilitated al-Qaeda operations in Iraq by providing safehouses, training sites, and manpower.  A Syrian intelligence network is described by this State Department cable as follows: "A July 11, 2008 cable from the U.S. Embassy in Baghdad describes the network as the 'principal conduit for foreign terrorists heading into Iraq to join AQI'…This network continues to operate with the knowledge of the

---

[17] U.S. Treasury Department, "Treasury further exposes Iran-based al-Qaeda Network" October 18, 2012. https://www.treasury.gov/press-center/press-releases/pages/tg1741.aspx

[18] *Id.*

ATTACHMENT B

Syrian government and sends virtually all of its foreign terrorists into Iraq across the Syrian border."[19]

56. Bashar al-Assad was aware and approved the operations. State Department's cable stated: "Bashar al-Asad was well aware that his brother-in-law 'Asif Shawqat, Director of Syrian Military Intelligence, had detailed knowledge of the activities of AQI facilitator Abu Ghadiya, who was using Syrian territory to bring foreign fighters and suicide bombers into Iraq." [20]

## THE AL-QAEDA AND IRAN CONNECTION

57. The Osama Bin Laden Sensitive Site Exploitation (SSE) of the Abbottabad raid revealed the connection between al-Qaeda and the Islamic Republic of Iran. The IRGC and its IRGC Qods Force funded and armed al-Qaeda operatives to strike American targets. The IRGC facilitated movement of al-Qaeda and Taliban fighters. In the case of al-Qaeda, the IRGC facilitated the movement of operatives into Afghanistan, Pakistan, and Iraq.[21]

58. Abu Musab al-Zarqawi, al-Qaeda's man in Iraq and the godfather of ISIS, received training and funds from the IRGC-QF in Iran before moving into Afghanistan and then heading al-Qaeda's terrorist operations in Iraq. [22]

---

[19] Joscelyn, Thomas, "Slain Syrian official supported al-Qaeda in Iraq" *FDD's Long War Journal*, July 24, 2012, https://www.longwarjournal.org/archives/2012/07/slain_syrian_officia.php

[20] *Id.*

[21] Levy, Adrian and Scott-Clark, Cathy, "Al-Qaeda has rebuilt itself with Iran's help" November 11, 2017, https://www.theatlantic.com/international/archive/2017/11/al-qaeda-iran-cia/545576/ (This article cites captured documents from the Abbottabad raid on Osama Bin Laden and highlights the connections to the IRGC-Qods Force.)

[22] *Id.*

ATTACHMENT B

59. Zarqawi visited IRGC-QF training camps and received financial and material support from the IRGC-QF.  Captured al-Qaeda operative Omar Bizani, a Zarqawi lieutenant stated in his interrogations that the IRGF was supporting Zarqawi.[23], [24]

60. The Qods Force provided Zarqawi with funding, weapons, and transportation into Iraq to target U.S. troops.[25]


**IRGC-QF AND MOIS SUPPORT TO THE TALIBAN IN AFGHANISTAN**


61. The IRGC-QF is the Islamic Republic of Iran's primary instrument for providing lethal aid to the Taliban.  The Qods Force provides weapons and financial support to the Taliban to support anti-U.S. and anti-Coalition activity in Afghanistan. [26]

62. Since at least 2006, Iran has arranged frequent shipments of small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, plastic explosives, and man-portable defense systems to the Taliban. [27]

---

[23] Al-Mustaqbal (Beirut), October 5, 2004, cited in Eurasia Security Watch, No. 53, American Foreign Policy Council, Washington, D.C., October 7, 2004.

[24]Jonathan D. Halevi, *No. 538    1 Tevet 5766 / 1 January 2006*, "Al-Qaeda, Zarqawi, and Israel: Is There a New *Jihadi* Threat Destabilizing the Eastern Front?", Dore Gold and Lt. Col. (res.), https://www.jcpa.org/jl/vp538.htm

[25] *Id.*

[26] U.S. Department of State, "Country Reports on Terrorism 2019", https://www.state.gov/reports/country-reports-on-terrorism-2019/

[27] U.S. Department of State, "Country Report on Terrorism 2007",  https://2009-2017.state.gov/documents/organization/105904.pdf

ATTACHMENT B

63. This support contravenes Chapter VII UN Security Council obligations.  UN Security Council resolution 1267 established sanctions against the Taliban and UN Security Council, and resolutions 1333 and 1735 imposed arms embargoes against the Taliban. [28]

64. Through Qods Force material support to the Taliban, Iran is seeking to inflict casualties on U.S. and NATO forces.  Iran is injuring and killing U.S. personnel by proxy.[29]

65. The 2012 State Department "Country Reports on Terrorism" stated that, "Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives."[30]

66. In 2012, the IRGC-QF "shipped a large number of weapons to Kandahar, Afghanistan, aiming to increase its influence in this key province."[31]

67. The State Department added, "the Islamic Revolutionary Guard Corps' Quds Force (IRGC-QF) Ansar Corps (the IRGC command responsible for operations in Afghanistan) trained Taliban elements on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets." [32]

---

[28] United Nations Security Council, "Security Council Committee pursuant to resolutions 1267 (1999) 1989 (2011) and 2253 (2015) concerning Islamic State in Iraq and the Levant (Da'esh), Al-Qaida and associated individuals, groups, undertakings and entities", https://www.un.org/securitycouncil/sanctions/1267

[29] United States Institute of Peace, Iran Primer, "Iran Deal: U.S. Sanctions on the IRGC", Updated: May 11, 2022, https://iranprimer.usip.org/blog/2022/apr/13/iran-deal-us-sanctions-irgc

[30] *Id.*

[31] U.S. Department of State, "Chapter 2. Country Reports: Middle East and North Africa Overview", Office of the Coordinator for Counterterrorism, Country Reports on Terrorism 2012, May 30, 201,  https://2009-2017.state.gov/j/ct/rls/crt/2012/209982.htm

[32] *Id.*

14

ATTACHMENT B

68. The U.S. Treasury Department designated General Hossein Musavi, the commander of The Ansar Corps in 2010 for supporting operations in Afghanistan under Executive Order 13224. The designation cited providing financial and material support to the Taliban. [33]

69. The Taliban have conducted training in Iran on small unit tactics to include ambushes, mortar and rocket attacks, IEF, EFPs, IEDs, sniper operations, and kidnapping operations.  The IRGC-QF Ansar Corps continues to ship large amounts of weapons to the Taliban. [34]

## IRAQ ATTACK ATTRIBUTION METHODOLOGY AND ANALYSIS

70. In my examination and analysis of the terrorist attacks and the tactics used in the attacks that occurred in Iraq in this lawsuit, I have made use of all of my intelligence experience and knowledge which I discussed in the previous section of this Report.

71. The inescapable conclusion is that the Islamic Republic of Iran specifically used its IRGC, IRGC-QF, and its premier proxy Lebanese Hezbollah to provide funding, training, weapons and equipment to Sunni and Shia groups, and most importantly direction to IRGC-QF proxy Iraqi Shia Militia groups to target Americans and destabilize Iraq.

72. In order to prepare my Declaration, I was provided with the following documents, reports and forms, not all of which were available for any one Soldier, but which were provided when available for each Soldier:

- Soldier and Family Member Declarations;
- Social Security Numbers;
- Certificates of Death;
- Casualty Reports;
- Autopsy Reports;

---

[33]  U.S. Department of the Treasury, Press Release:  Fact Sheet: U.S. Treasury Department Targets Iran's Support for Terrorism Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership, August 3, 2010, https://home.treasury.gov/news/press-releases/tg810

[34] RAND National Security Research Division, "Iran's Influence in Afghanistan Implications for the U.S. Drawdown", 2014, by Alireza Nader, et al., https://www.rand.org/content/dam/rand/pubs/research_reports/RR600/RR616/RAND_RR616.pdf

ATTACHMENT B

- DD Form 214, Certificate of Release or Discharge from Active Duty; and
- Pre-redacted Wikileaks (reports to verify or disqualify attribution claims).

73. Based on the documents and reports provided to me, I was able to look at the locations and missions of the units the victims were assigned to and, along with my counter-insurgency experience and documents supporting the area of operations of specific Sunni and Shia groups receiving Iran-linked lethal aid, I was able to assess that specific U.S. military personnel were in fact involved in specific attacks by groups that received lethal aid from Iran's IRGC-QF, the MOIS (IRGC-QF and MOIS -Afghanistan), and Lebanese Hezbollah.

**IRGC-BACKED SHIA MILITIA AREAS OF OPERATION[35]**

74. According to the Institute for the Study of War, Shia militias were highly active in Diyala, Salah ad Din, Kirkuk, and in central and southern Iraq.  The Special Groups of AAH and KH were active in the Baghdad city districts of Kadhamiya, Adhamiya, Mansour, Rasheed, Baya'a and Saidiya, Sadr City, Shu'ala, Hurriya and Kadhamiya.[36]

75. In areas of the capital which once were mixed Sunni-Shia areas, the sectarian demographics developed during the Relevant Time Period of 2003 - 2013 into predominantly Shia areas and solidified during the ISIS campaign due to Shia Militia expansion and cleansing of these areas by the groups.[37, 38]

---

[35] *See* the "IRCG-QF Strategy to Support Sunni and Shia attacks against the U.S. in Iraq: Keep U.S. Focused on Sunni Areas and Build Shia Militia Primacy," that is attached hereto as **Attachment D.**

[36] "Baghdad City (مدينة بغداد)," Institute for the Study of War, 2008, http://www.understandingwar.org/region/baghdad-city-بغداد-مدينة.
Marisa Cochrane, "Jaysh al-Mahdi," Excerpted from "The Fragmentation of the Sadrist Movement," Iraq Report 12, *Institute for the Study of War*, January 2009, http://www.understandingwar.org/jaysh-al-mahdi.

[37] Marisa Cochrane, "Jaysh al-Mahdi," Excerpted from "The Fragmentation of the Sadrist Movement," Iraq Report 12, *Institute for the Study of War*, January 2009, http://www.understandingwar.org/jaysh-al-mahdi.

[38] Wing, Joel, "Columbia University Charts Sectarian Cleansing of Baghdad," *Musings on Iraq Blog*, November 19, 2009, http://musingsoniraq.blogspot.com/2009/11/blog-post.html

ATTACHMENT B

**THE IRGC-QF AND LEBANESE HEZBOLLAH UNIT 3800 TRAINED, EQUIPPED, AND DIRECTED SHIA MILITIAS TO FOCUS ATTACKS ON U.S. FORCES.**

76. General Odierno, USF-I Commander, said with regards to Shia Militia attacks on U.S. Forces: "Whether that's connected directly to the Iranian government — we can argue about that… but they are clearly connected to Iranian IRGC."[39]

77. In 2007, Odierno also stated that 73% of American casualties in Baghdad were caused by Shia Militia attacks.[40]

78. The IRGC-QF provided substantial financial and technical support to Shia Militias.  The IRGC established, organized, and funded attack networks, with Lebanese Hezbollah serving as the premiere QF proxy to train and facilitate attacks against U.S. Forces in Iraq.[41]

79. The U.S. Military, along with U.S. intelligence, documented large quantities of enemy weapons in Iraq with imprints on lethal material manufactured in Iran.  In particular, highly lethal EFPs made from special copper disks manufactured with highly calibrated machines provided by the IRGC were discovered.[42]

**EXPLOSIVELY FORMED PENETRATORS (EFPS)**

---

[39] Roggio, Bill, "Iranian-backed Shia terror group remains a threat in Iraq: General Odierno," *The Long War Journal*, July 13, 2010, http://www.longwarjournal.org/archives/2010/07/iranianbacked_shia_t_1.php.

[40] Gordon, Michael, "U.S. Says Iran-Supplied Bomb Kills More Troops," *The New York Times*, August 8, 2007, http://www.nytimes.com/2007/08/08/world/middleeast/08military.html.

[41] Levitt, Matthew, "Hezbollah's Regional Activities in Support of Iran's Proxy Networks" The Middle East Institute, July 2021, https://www.mei.edu/sites/default/files/2021-07/Hezbollah's%20Regional%20Activities%20in%20Support%20of%20Iran's%20Proxy%20Networks_0.pdf

[42] Kagan, Kimberly, "Iran's Proxy War against the United States and the Iraqi Government," *Institute for the Study of War* and *The Weekly Standard*, May 2006-August 20, 2007, http://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf

ATTACHMENT B

80. EFPs served as a primary tactic of choice for AAH and KH Special Groups, making the devices the primary weapon used by IRGC-QF proxies to hit Americans on the ground in Iraq.[43]

81. The EFP was introduced to be used against U.S. Forces, not against Iraqis, as the EFP is most effective against armored vehicles that normal IEDs cannot penetrate, such as HUMVEES. [44]

82. EFPs accounted for a disproportionate number of U.S. fatalities. In July 2007 alone, 23 of 69 U.S. service members killed in action were killed by EFPs, and 89 of the 614 wounded came from EFP attacks. [45],[46]

83. In Iraq, beginning in 2004 and continuing through the withdrawal of U.S. combat forces in 2011, 1,526 EFPs killed a total of 196 U.S. service members and wounded 861. [47, 48, 49]

84. The IRGC-QF centralized its EFP supply operations to KH and AAH cells, to ensure their proper use against U.S. forces and the minimization of Iraqi casualties. [50]

---

[43] Knights, Michael, "Iran's Expanding Militia Army in Iraq: The New Special Groups" USMA CTC, August 2019, https://ctc.usma.edu/irans-expanding-militia-army-iraq-new-special-groups/

[44] Opening Statement of Brigadier General Anthony J. Tata, U.S. Army (Retired), Before the House Committee on Homeland Security, January 15, 2020, https://www.congress.gov/116/meeting/house/110365/witnesses/HHRG-116-HM00-Wstate-TataA-20200115.pdf

[45] Clay Wilson, "Improvised Explosive Devices (IEDs) in Iraq and Afghanistan: Effects and Countermeasures", CRS Report for Congress, Updated August 28, 2007, https://sgp.fas.org/crs/weapons/RS22330.pdf

[46] David Hambling, "EFP in Iraq: Deadly Numbers", Wired, https://www.wired.com/2007/08/superbombs-the/

[47] Crain, Charles, "How Much Is Iran to Blame for Iraq?" *TIME*, February 12, 2007, http://content.time.com/time/world/article/0,8599,1588135,00.html.

[48] Weisgerber, Marcus, "How Many US Troops Were Killed By Iranian IEDs in Iraq?" *Defense One*, September 8, 2015, http://www.defenseone.com/news/2015/09/how-many-us-troops-were-killed-iranian-ieds-iraq/120524/?oref=defenseone_today_nl

[49] Knights, Michael, "Iranian EFPs in the Gulf: An Emerging Strategic Risk," Washington Institute for Near East Policy, February 23, 2016, http://www.washingtoninstitute.org/policy-analysis/view/iranian-efps-in-the-gulf-an-emerging-strategic-risk.

[50] "Asa'ib Ahl al-Haq*," Mapping Militant Organizations*, Stanford University, http://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/143.

ATTACHMENT B

85. To access U.S targets, EFP cells activated in areas where they were rarely encountered previously, such as in Abu Ghurayb, Khalis and Muqdadiyya (in Diyala Province), and Kirkuk.[51]

**IRGC-QF SUPPORT TO IMPROVISED EXPLOSIVE DEVICE (IED) ATTACKS**

86. The Islamic Republic of Iran's Islamic Revolutionary Guards Corps – Quds Force (IRGC-QF) supplied advance lethal aid to both Sunni terrorist and Shia militant groups – to include advanced IEDs.[52]  The IRGC-QF supplied these groups with IEDS, training, and advanced technology for explosive devices.  These advances included triggering devices to defeat U.S. countermeasures at the time. [53]

87. On January 9, 2008, the U.S. Department of the Treasury designated IRGC-QF operatives under Executive Order 13438 for threatening the peace and stability of Iraq and the Government of Iraq. [54]

88. The U.S. uncovered evidence of IRGC-QF assistance to Sunni groups in Iraq, to include supplying al-Qaeda affiliates with IED components to be used in IED ambushes and suicide

---

[51] Knights, Michael, "Iranian EFPs in the Gulf: An Emerging Strategic Risk," Washington Institute for Near East Policy, February 23, 2016,  http://www.washingtoninstitute.org/policy-analysis/view/iranian-efps-in-the-gulf-an-emerging-strategic-risk.

[52] Michael E. O'Hanlon, et al., The Brookings Institution, "Iraq Index Tracking Variables of Reconstruction & Security in Post-Saddam Iraq", November 29, 2007, https://www.brookings.edu/wp-content/uploads/2016/07/index20071129.pdf

[53] Clay Wilson "Improvised Explosive Devices (IEDs) in Iraq and Afghanistan: Effects and Countermeasures", Specialist in Technology and National Security Foreign Affairs, Defense, and Trade Division, Updated August 28, 2007, https://sgp.fas.org/crs/weapons/RS22330.pdf

[54] U.S. Department of the Treasury, Press Release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency", January 9, 2008, https://home.treasury.gov/news/press-releases/hp759

ATTACHMENT B

attacks.  IRGC-Q Brigadier General Ahmed Foruzandeh was designated by U.S. treasury for providing financial and lethal aid to Sunni and Shia groups.[55]

89. As early as 2004, Foruzandeh provided explosives to Sunni groups and offered to incentivize IED and suicide attacks with additional funds from the IRGC-QF for video-taped attacks against U.S. forces.[56]

90. Both Iran's IRGC-QF and the MOIS provided lethal aid and material support to al-Qaeda in Iraq (AQI).  On February 16, 2012, U.S. Treasury designated the Iranian Ministry of Intelligence and Security (MOIS) for its support to al-Qaeda.  According to U.S. Treasury, "MOIS facilitated the movement of al Qa'ida operatives in Iran and provided them with documents, identification cards, and passports. MOIS also provided money and weapons to al Qa'ida in Iraq (AQI)... and negotiated prisoner releases of AQI operatives."[57]

**MORTAR AND ROCKET ATTACKS**

91. A very visible symbol of Iran's support to Shia Militias were the mortar and rocket attacks launched against U.S. bases in Iraq, almost all of which involved entire rocket/mortar systems or components (such as fuel packs) identified as Iranian-produced by U.S. weapons intelligence specialists.[58]

---

[55] *Id.*

[56] *Id.*

[57] Daniel L. Byman,  "Unlikely Alliance: Iran's Secretive Relationship with Al-Qaeda", Brookings, July 31, 2012, https://www.brookings.edu/articles/unlikely-alliance-irans-secretive-relationship-with-al-qaeda/

[58] Knights, Michael, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel*, Volume 3, Issues 11-12, November 2010, pg. 12-16, https://www.ctc.usma.edu/v2/wp-content/uploads/2011/05/CTCSentinel-Vol3Iss11-127.pdf

ATTACHMENT B

92. Specifically, 107mm Hesab[59] and 122mm Grad rockets[60], as well as the larger 240mm Fajr rockets were used against U.S. bases in Iraq.

93. Special Groups also made greater use of 60mm and 81mm mortars to precisely target small U.S. Joint Security Stations.[61]

94. Improvised Rocket-Assisted Mortars ("IRAMs") were a KH tactic used against American forces,[62] while JAM SG and AAH made use of Indirect Fire—mortars and rockets—and Direct Fire—RPGs, grenades, heavy machine gun—attacks.[63]

**IRGC-BACKED MILITIAS TAKE CREDIT FOR ATTACKS**

95. IRGC proxies publicly stated their roles in targeting U.S. forces.  Qais al-Khazali, leader of AAH, bragged of his group's role in "forcing" the U.S. withdrawal from Iraq and killing American Soldiers.[64, 65]

---

[59] "U.S. shows evidence in Iraq rocket attacks it says leads to Iran", *Agence France-Presse*, July 14, 2011, http://www.thenational.ae/news/world/middle-east/us-shows-evidence-in-iraq-rocket-attacks-it-says-leads-to-iran

[60] Glanz, James and Richard A. Oppel Jr., "U.S. Displays Bomb Parts Said to Be Made in Iran," *The New York Times*, February 27, 2007, http://www.nytimes.com/2007/02/27/world/middleeast/27weapons.html?ex=1330232400&en=499d376d06186157&ei=5090&partner=rssuserland&emc=rss.

[61] *Id.*

[62] "Kata'ib Hezbollah," from *Mapping Militant Organizations*, Stanford University, http://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/361

[63] "Shiite militias step up Iraq attacks on US troops", by Associated Press, Jun 30, 2011, http://www.deseretnews.com/2011/6/30/20201225/shiite-militias-step-up-iraq-attacks-on-us-troops

[64] "Qais al-Khazali," *Counter Extremism Project*,  http://www.counterextremism.com/extremists/qais-al-khazali.

[65] "Notorious Iraq militia leader once held by US threatens Americans on the battlefield," *Fox News*, August 9, 2016, http://www.foxnews.com/world/2016/08/09/notorious-iraq-militia-leader-once-held-by-us-threatens-americans-on-battlefield.html.

21

ATTACHMENT B

96. Muqtada al-Sadr, leader of JAM SG, also called for "resistance" against the American Military and praised his group's fight against the U.S. "occupation."[66]

97. KH claimed credit for its attacks, threatening to continue violence against Americans until the 2011 withdrawal in order to emphasize its dedication to "resistance."[67]

## ATTACKS

100.   I conducted a review of the attacks, the areas where they occurred, and when they occurred, and concluded that 26 attacks were, within a reasonable degree of military intelligence and counter-insurgency certainty, committed and perpetrated by IRGC-QF Shia militia Proxies under the direct control, influence, and material support of the Islamic Republic of Iran, its IRGC and QF, and its agent and proxy, Lebanese Hezbollah, and the attacks were, within a reasonable degree of military intelligence and counter-insurgency certainty, committed and perpetrated by Foreign Terrorist Organization (FTO) al-Qaeda and its affiliates with material] support from the Islamic Republic of Iran, its IRGC and QF, as well as its agent or proxy Lebanese Hezbollah.

101.   All of my assessments as to the causation of each specific attack below is given within a reasonable degree of military intelligence and counter-insurgency certainty and are and are based upon the information contained herein and my knowledge and expertise.  I am prepared and willing to give further explanation and answer any questions regarding each of the attacks.

**Attack #1 (June 24, 2004)**

---

[66] "Al-Sadr: New to fight U.S. in Iraq," *CNN*, June 13, 2008, http://www.cnn.com/2008/WORLD/meast/06/13/iraq.alsadr/index.html?iref=nextin.

[67] Healy, Jack, and Michael S Schmidt, "Shiite Militia Claims Responsibility for Attack in Baghdad," *New York Times*, June 10, 2011, http://www.nytimes.com/2011/06/11/world/middleeast/11iraq.html.

ATTACHMENT B

Daniel Desens, Jr. was killed in an attack.  James Cherry, Roy Farve, Antonio Fraser, Ralph

Isabella, Aaron Johnson, Jerry Moorhouse, Alan Payne, Thomas Rivera, Lynn Sorenson, Chad

Stephens, Jeffery Walton, and Ron Watkins all injured in a complex attack.

The complex attack included heavy machine fire, RPGs, mortars, and daisy chained IEDs to

inflict maximum casualties in this attack that killed Daniel Desens, and injured others in

Baqubah, Iraq.  I attribute this attack to FTO al-Qaeda in Iraq (AQI) and its affiliates supported

by IRGC-QF lethal aid and Foreign Fighter (FF) facilitation through IRGC-QF, Lebanese

Hezbollah, and Syrian intelligence support networks.  The IRGC-QF provided lethal aid to al-

Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid

in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to

keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia

militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam

Iraq.

**Attack #2 (October 2006)**

Bob Clements was injured in an EFP attack in Baghdad, Iraq in October of 2006.  I attribute this

attack to the IRGC-QF created, trained, funded, and directed Iraqi militia Asaib Ahl al-Haqq

(AAH).  I attribute the attack to AAH based on the tactic, the target, the signature weapon used,

and the area of operation.

**Attack #3 (October 12, 2008)**

Jason Daniels was injured in a complex attack (small arms fire and RPG fire) in the 7 Nissan

District of Baghdad, Iraq.  I attribute this attack to the IRGC-QF created, trained, funded, and

directed Iraqi militia Asaib Ahl al-Haqq (AAH).  I attribute the attack to AAH based on the

ATTACHMENT B

tactic, the target, the signature weapon used, and AAH primacy in the area of operation where the attack occurred.[68]

### Attack #4 (November 14, 2006)

Justin Garcia was killed in an EFP attack in Baghdad, Iraq.  I attribute this attack to the IRGC-QF created, trained, funded, and directed Iraqi militia Asaib Ahl al-Haqq (AAH).  I attribute the attack to AAH based on the tactic, the target, the signature weapon used, and AAH primacy in the area of operation where the attack occurred.

### Attack #5 (May 2009)

In May 2009, Jeris T. Holt was injured in an IED attack in Sadr City, Baghdad.  I attribute this attack to the IRGC-QF created, trained, funded, and directed Iraqi Shia Special Groups (SG) AAH and KH – both groups worked together in this area of Baghdad.  I attribute the attack to IRGC-QF Iraqi Special Groups based on the tactic, the target, the signature weapon used, and their primacy in the area of operation where the attack occurred.

### Attack #6 (March 2011)

In March 2011, Jeris T. Holt was also injured in an IED attack in the Kadhamiyah district of Baghdad, Iraq.  I attribute this attack to the IRGC-QF created, trained, funded, and directed Iraqi Shia Special Groups (SG) AAH and KH – both groups worked together in this area of Baghdad. I attribute the attack to IRGC-QF Iraqi Special Groups based on the tactic, the target, the signature weapon used, and their primacy in the area of operation where the attack occurred.

### Attack #7 (December 2004)

---

[68] *See the* First Amended Declaration of Jason Eric Daniels that is attached as Exhibit 4a to Plaintiffs' Memorandum in Support of Their Motion for Default Judgment. Plaintiff Daniels' Declaration was Amended to include information regarding the damage to his relationship with his son as a result of his injuries.

ATTACHMENT B

Aaron Johnson was injured in an IED attack in Diyala Province near Forward Operating Base (FOB) Caldwell.  I attribute this attack to FTO al-Qaeda in Iraq (AQI) and its affiliates supported by IRGC-QF lethal aid and Foreign Fighter (FF) facilitation through IRGC-QF, Lebanese Hezbollah, and Syrian intelligence support networks.  The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line. The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

### Attack #8 (June 18, 2004)

On June 18, 2004, Brent Jurgersen was injured in a small arms ambush in Samara, Salah ad Din Province, Iraq.  The attack took place in an area where the IRGC-QF provided lethal aid to both Sunni and Shia groups to specifically target Americans.  Based on my analysis, it is more likely than not that this attack is attributed to FTO al-Qaeda in Iraq and its affiliates under the Islamic State of Iraq aided by IRGC-QF and Lebanese Hezbollah lethal aid and material support.  The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.  The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

### Attack #9 (January 26, 2005)

ATTACHMENT B

On January 26, 2005, Brent Jurgersen was also injured in an RPG attack in the vicinity of Balad in Salah ad Din Province, Iraq.  The attack took place in an area where the IRGC-QF provided lethal aid to both Sunni and Shia groups to specifically target Americans.  Based on my analysis, it is more likely than not that this attack is attributed to FTO al-Qaeda in Iraq and its affiliates under the Islamic State of Iraq aided by IRGC-QF and Lebanese Hezbollah lethal aid and material support.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.  The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

**Attack #10 (July 1, 2004)**

Jeffrey Leake was injured in an IED attack in Baqubah, Diyala Province, Iraq.  Initially thought to be an EFP by Leak, after additional research, I assess that EFPs were not in use at this time and in this area – a Sunni Stronghold at the time.  This is a non-EFP AQI Attack that I attribute to FTO al-Qaeda in Iraq (AQI) and its affiliates supported by IRGC-QF lethal aid and Foreign Fighter (FF) facilitation through IRGC-QF, Lebanese Hezbollah, and Syrian intelligence support networks.  The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.  The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in

ATTACHMENT B

Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

## Attack #11 (February 7, 2007)

On February 7, 2007, Kyle Lewis, Joe Markell[69], Bradley Spry, and Jarrett Taylor, were injured in an EFP attack in Northern Iraq.  The photos attached to the Veterans' declarations in this show an EFP copper plate and the signature damage to the vehicle from an EFP attack.  The EFP attack included a secondary IED that hit the lead vehicle and the convoy was then in a small arms ambush.  I attribute this attack to the IRGC-QF created, trained, funded, and directed Iraqi Shia Special Groups (SG).  I attribute the attack to IRGC-QF Iraqi Special Groups based on the tactic, the target, the signature weapon used (EFP), and their primacy in the area of operation where the attack occurred.

## Attack #12 (May 2007)

In May 2007, Kyle Lewis, Joe Markell, Bradley Spry, and Jarrett Taylor were injured in an IED attack outside of Tal Afar, Iraq.  Based on my analysis, it is more likely than not that this attack is attributed to FTO al-Qaeda in Iraq and its affiliates under the Islamic State of Iraq aided by IRGC-QF and Lebanese Hezbollah lethal aid and material support.  The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia

---

[69] *See the* First Amended Declaration of Joseph Michael Markell that is attached as Exhibit 17a to Plaintiffs' Memorandum in Support of Their Motion for Default Judgment.  Plaintiff Markell's Declaration was Amended as his VA disability rating was increased to 100%.

militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

**Attack #13 (November 14, 2006)**

On November 14, 2006, Daniel Mayer was injured in an RPG attack in Baqubah, Salah ad Din Province, Iraq.  Based on my analysis, it is more likely than not that this attack is attributed to FTO al-Qaeda in Iraq and its affiliates under the Islamic State of Iraq aided by IRGC-QF and Lebanese Hezbollah lethal aid and material support.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

**Attack #14 (September 10, 2004)**

Donald McCallum was injured again in an IED attack in Diyala Province, Iraq.  Based on my analysis, it is more likely than not that this attack is attributed to FTO al-Qaeda in Iraq and its affiliates under the Islamic State of Iraq aided by IRGC-QF and Lebanese Hezbollah lethal aid and material support.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

ATTACHMENT B

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

**Attack #15 (November 30, 2006)**

On November 30, 2006, Dillion McNeeley suffers PTSD from a roadside bomb and mortar attack in Mosul, Iraq.  Through mapping and documentation, research confirmed that AQ was the dominant group in the area in 2006.  At the time of the attack the only groups that were operating in Mosul were Ansar al Sunnah (an AQ affiliate) and Islamic State of Iraq (which evolved from AQ).  Therefore, I conclude that this attack was committed by FTO AQ that was funded and/or provided material support by Iran.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq

**Attack #16 (July 2007)**

In July 2007, Dillion McNeeley is involved in a complex attack (RPG, small caliber arms fire) in Mosul, Iraq.  Through mapping and documentation, research confirmed that AQ was the dominant group in the area in 2007.  At the time of the attack the only groups that were operating

ATTACHMENT B

in Mosul were Ansar al Sunnah (an AQ affiliate) and Islamic State of Iraq which evolved from AQ).

I attribute this attack to FTO al-Qaeda in Iraq (AQI) and its affiliates supported by IRGC-QF lethal aid and Foreign Fighter (FF) facilitation through IRGC-QF, Lebanese Hezbollah, and Syrian intelligence support networks.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq

**Attack #17 (November 2006 – January 2007)**

Francisco Miguel suffers PTSD from multiple EOD detonations of EFPs and IEDs, and other road-side bombs planted by terrorists around Mosul, Iraq.  Sunni and Shia groups supported by Iran's IRGC-QF and Lebanese Hezbollah employed IEDs on routes to kill Americans.  The EFP is the signature weapon of IRGC-QF militia AAH.

I attribute this attack to IRGC-QF support to both Shia and Sunni groups operating in areas where Miguel would have to clear IEDs and the signature weapon of IRGC-QF Iraqi Shia militias – the EFP.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

ATTACHMENT B

The IRGC-QF and Lebanese Hezbollah trained Shia groups on the emplacement of IEDs and EFPs.  Both Sunni and Shia groups grew their lethality through IRGC-QF lethal aid and direct support.

**Attack #18 (February 15, 2011)**

Zach Roth was injured in an EFP in near Forward Operating Base Kalsu, in Iskandariya south of Baghdad, Iraq.  This area is an AAH stronghold and AAH is the dominant IRGC-QF proxy in 2011.  I attribute this attack to the IRGC-QF created, trained, funded, and directed Iraqi militia Asaib Ahl al-Haqq (AAH).  I attribute the attack to AAH based on the tactic, the target, the signature weapon used, and their primacy in the area of operation where the attack occurred.

**Attacks #19 (June 2003)**

In June 2003, Jonas Ware was in an IED attack in in Kirkuk Province, Iraq.  Through mapping and documentation, research confirmed that AQ was the dominant group in the area in 2003.  At the time of the attack the only groups that were operating in this area were Ansar al Sunnah (an AQ affiliate) and Islamic State of Iraq (which evolved from AQ).

I attribute this attack to FTO al-Qaeda in Iraq (AQI) and its affiliates supported by IRGC-QF lethal aid and Foreign Fighter (FF) facilitation through IRGC-QF, Lebanese Hezbollah, and Syrian intelligence support networks.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia

militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

## Attack #20 (August 2003)

In August 2003, Jonas Ware was in an IED attack in Hawija, in Kirkuk Province, Iraq. Through mapping and documentation, research confirmed that AQ was the dominant group in the area in 2003.  At the time of the attack the only groups that were operating in this area were Ansar al Sunnah (an AQ affiliate) and Islamic State of Iraq which evolved from AQ).

I attribute this attack to FTO al-Qaeda in Iraq (AQI) and its affiliates supported by IRGC-QF lethal aid and Foreign Fighter (FF) facilitation through IRGC-QF, Lebanese Hezbollah, and Syrian intelligence support networks.

 The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

## Attack #21 (June 6, 2004)

Lloyd Williams was injured in an IED attack in the Abu Ghraib District of Baghdad, Iraq. Initially thought to be an EFP by Williams, after additional research, I assessed that EFPs were not in use at this time and in this area.  Abu Gharaib is a Sunni stronghold along the Shia-Sunni sectarian fault lines – areas where AQI and Iran's proxies fought for control with Iran ultimately winning by displacing Sunnis in areas strategic to Iran.

ATTACHMENT B

Again, 2004 is too early for EFPs, outside of a few areas in Southern Iraq.  This is a non-EFP AQI Attack and, therefore, I attribute this attack to FTO al-Qaeda in Iraq (AQI) and its affiliates supported by IRGC-QF lethal aid and Foreign Fighter (FF) facilitation through IRGC-QF, Lebanese Hezbollah, and Syrian intelligence support networks.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.


**Attack #22 (February 8, 2007)**

James Williamson was injured in an RPG attack in Hassa, Anbar Province, Iraq.  I attribute this attack to FTO al-Qaeda in Iraq (AQI) and its affiliates supported by IRGC-QF lethal aid and Foreign Fighter (FF) facilitation through IRGC-QF, Lebanese Hezbollah, and Syrian intelligence support networks.

The IRGC-QF provided lethal aid to al-Qaeda and its affiliates and sustained their operations by providing foreign fighters and lethal aid in areas north and west of the sectarian-fault lines defined as the Karbala-Samarra-Baqubah line.

The IRGC-QF supported AQI and its affiliates in areas deemed not strategic to Iran in order to keep U.S. forces engaged – FIXED - in Sunni areas while the IRGC-QF used its proxy Shia

ATTACHMENT B

militias to further Iran's strategic goals in areas vital to Iran's control and hold on post-Saddam Iraq.

### AFGHANISTAN ATTACK ATTRIBUTION METHODOLOGY AND ANALYSIS

102.	In my examination and analysis of the terrorist attacks and the tactics used in the attacks that occurred in Afghanistan in this lawsuit, I have made use of all of my intelligence experience and knowledge which I discussed in the previous section of this Report.  The inescapable conclusion is that the Islamic Republic of Iran specifically used its IRGC, and Ministry of Intelligence and Security (MOIS) to provide funding, training, weapons, equipment, and most importantly lethal aid to the Taliban to target Americans in Afghanistan

103.	In order to prepare my Declaration, I was provided with the following documents, reports and forms, not all of which were available for any one Soldier, but which were provided when available for each Soldier:

- Soldier and Family Member Declarations;
- Social Security Numbers;
- Certificates of Death;
- Casualty Reports;
- Autopsy Reports;
- DD Form 214, Certificate of Release or Discharge from Active Duty; and
- Pre-redacted Wikileaks (reports to verify or disqualify attribution claims).

104. Based on the documents and reports provided to me, I was able to look at the locations and missions of the units the victims were assigned to and, along with my counter-insurgency experience and access to attack-specific documents supporting the area of operations of specific Sunni and Shia groups receiving Iran-linked lethal aid, I was able to confirm that specific Soldiers were in fact involved in specific attacks by groups that received lethal aid from Iran's IRGC-QF and the MOIS.

### THE IRGC-QF AND THE MOIS FINANCED, TRAINED, EQUIPPED, AND FACILITATED TALIBAN ATTACKS AGAINST U.S. PERSONNEL

34

ATTACHMENT B

106. The IRGC-QF provided substantial financial and technical support to the Taliban. The IRGC established, organized, and funded advanced training in Iran for Taliban operatives to learn how to employ explosives (IEDs and EFPS), complex ambushes, sniper operations, and indirect fire (mortars and rockets) and direct attacks against U.S. Forces in Afghanistan.

107. The 2006 U.S. Treasury designation of the IRGC-QF under Executive Order 13224 – support for terrorism - states, "the Qods Force is the Iranian regime's primary instrument for providing lethal support to the Taliban. Since at least 2006, Iran has arranged frequent shipments of small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, plastic explosives, and probably man-portable defense systems to the Taliban. This support contravenes Chapter VII UN Security Council obligations. UN Security Council resolution 1267 established sanctions against the Taliban and UN Security Council resolutions 1333 and 1735 imposed arms embargoes against the Taliban. Through Qods Force material support to the Taliban, we believe Iran is seeking to inflict casualties on U.S. and NATO forces."[70],[71]

**ATTACKS**

108. I conducted a review of the attacks, the areas where they occurred, the time period when they occurred, and concluded that (number of) attacks were committed by the Taliban and

---

[70] U.S. Treasury, 25 October 2007, Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism. https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx

[71] United States Institute of Peace, The Iran Primer, "Iran Deal: U.S. Sanctions on the IRGC", Updated May 11, 2022, https://iranprimer.usip.org/blog/2022/apr/13/iran-deal-us-sanctions-irgc

ATTACHMENT B

within a reasonable degree of military intelligence and counter-insurgency certainty, committed and perpetrated by the Taliban with IRGC-QF and MOIS support.

109. All of my assessments as to the causation of each specific attack below is given within a reasonable degree of military intelligence and counter-insurgency certainty.

## Attack #23 (March 9, 2011)

Robert Bruce was severely injured in an IED attack in Kajaki District, Afghanistan.  The IRGC-QF and MOIS were designated in 2007 by U.S Treasury for providing lethal aid to the Taliban.  I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.  The attack took place at time when the IRGC-QF and the MOIS were increasing their support to the Taliban with the goal of exiting the U.S. from Afghanistan.

## Attack #24 (July 2013)

Jeris Holt was injured in a rocket attack in Puli Alam, Afghanistan.  The IRGC-QF and the MOIS were designated for providing lethal aid to the Taliban.  The IRGC-QF supplied and trained Taliban fighters on the use of rockets to attack American forces.  I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban based on the weaponry and the location of the attack.

## Attacks #25 (August 2007-2008)

During a year-long deployment from August 2007 to 2008, in the Kunar and Nuristan Provinces of Afghanistan, Chase Jurgenson suffered PTSD from persistent RPG, mortar, rockets, small arms fire attacks. The IRGC-QF and the MOIS were designated for providing lethal aid to the Taliban. The IRGC-QF supplied and trained Taliban fighters on the use of rockets for the purpose of attacking American forces. I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban.

36

ATTACHMENT B

**Attack #26 (November 2012)**

Chase Jurgensen was injured in an IED attack in Kandahar, Afghanistan.  The IRGC-QF and MOIS were designated in 2007 by U.S Treasury for providing lethal aid to the Taliban specifically for the purpose of attacking Americans.  I attribute this attack to IRGC-QF and MOIS Lethal Aid to the Taliban based on the weaponry and the location of the attack.  The attack took place at time when the IRGC-QF and the MOIS were increasing their support to the Taliban with the goal of exiting the U.S. from Afghanistan.

All information and opinions contained in this Report are truthful and accurate, and if called to testify, I would testify consistent with this Report.  The publications, articles, studies, and transcripts cited in this Report are reliable and trustworthy, are the type of resources relied upon by professionals in my field, were prepared according to legal requirements of the respective governmental departments, agencies, or offices by whom they were generated, are public records from the governmental department, agency or office where such types or kinds of items are kept, are reports from the governmental department, agency or office with a duty to report on the subject matters of the reports, including factual findings, and/or are legitimate and reliable sources of information.  My current CV is attached hereto as **Attachment C.**

Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.  Executed on May 16, 2022.

Michael P. Pregent

37

ATTACHMENT B