UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY CARL ROTH, SR. et al,<br><br>　　Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　Defendant. | Case No. 1:19-cv-02179 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss Travis Haley, Jennifer Haley, Travis Haley Jr., and Mark Haley without prejudice, and with all claims asserted by the remaining Plaintiffs continuing in full force and affect.

DATED: August 3, 2022　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By: /s/ Bradley M. Lakin
　　　　　　　　　　　　　　　　　　　　Bradley M. Lakin DC Bar No. AZ0019
　　　　　　　　　　　　　　　　　　　　bradl@ChampionsForTheInjured.com
　　　　　　　　　　　　　　　　　　　　SL CHAPMAN LLC
　　　　　　　　　　　　　　　　　　　　10805 Sunset Office Drive, Suite 300
　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63127
　　　　　　　　　　　　　　　　　　　　314.588.9300
　　　　　　　　　　　　　　　　　　　　314.588.9302 fax